| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MORRISON & FOERSTER, LLP<br>755 PAGE MILL ROAD, BLDG. B<br>PALO ALTO, CA 94304<br>Telephone No 650-813-5600   FAX No: 650-494-0792<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:* 63144-1

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* OPTOVUE CORPORATION
*Defendant:* CARL ZEISS MEDITEC, INC.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date:<br>Thu, Sep. 20, 2007 | Time:<br>10:00AM | Dept/Div: | Case Number:<br>C07 03010 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; Optovue Corporation's Certificate Of Interested Parties; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Consent To Assignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Local Rules

3. a. *Party served:* CARL ZEISS MEDITEC, INC.
   b. *Person served:* DIANNE CORTINAS, EXECUTIVE ASSISTANT TO CFO, AUTHORIZED TO ACCEPT

4. *Address where the party was served:* 5160 HACIENDA DRIVE
   DUBLIN, CA 94568

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 11, 2007 (2) at: 2:55PM

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. *Person Who Served Papers:*
   a. LUIZ A. PIMENTEL

   ★ A & A LEGAL SERVICE ★

   1541 Bayshore Hwy.        GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602   Fax (650) 697-4640
   (650) 697-9431

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2006-000982
      (iii) County: San Francisco
      (iv) Expiration Date: Sat, Jul. 12, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Jun. 11, 2007

   Judicial Council Form                     PROOF OF SERVICE            (LUIZ A. PIMENTEL)   8135600.39016
   Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE