1  JAMES POOLEY  #058041
   L. SCOTT OLIVER #174824
2  DIANA LUO #233712
   KATHERINE NOLAN-STEVAUX # 244950
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, CA  94304-1018
   Telephone:    (650) 813-5600
5  Facsimile:    (650) 494-0792
   jpooley@mofo.com
6  soliver@ mofo.com
   dluo@mofo.com
7  knolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  OPTOVUE CORPORATION., a California      Case No.
    Corporation,

14                                          OPTOVUE CORPORATION'S
              Plaintiff,                     CERTIFICATE OF INTERESTED
15                                           PARTIES
         v.
16
    CARL ZEISS MEDITEC, INC., a New York
17  Corporation,

18            Defendant.

19

20

21

22

23

24

25

26

27

28

pa-1172800

OPTOVUE'S CERTIFICATE OF INTERESTED PARTIES

ORIGINAL
FILED

07 JUN 11  AM 9: 53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO

ADR

C07  03010  MEJ

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2    persons, associations of persons, firms, partnerships, corporations (including parent
3    corporations) or other entities (i) have a financial interest in the subject matter in
4    controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
5    subject matter or in a party that could be substantially affected by the outcome of this
6    proceeding.

7        The following individuals have a financial interest in Optovue Corporation
8    through ownership of Preferred Class A or Class B Shares:

9        1.  HanTech International Venture Capital Corporation.
10       2.  H&A Venture Capital Investment Corporation
11       3.  H&H Venture Capital Investment Corporation
12       4.  Power Rich Investment Ltd.
13       5.  Jenny Pan
14       6.  Fong-Yi Chien
15       7.  Tso Han Chien
16       8.  Sheng Li Pan
17       9.  Chin Yin Lan
18       10. Mizuguchi Satoshi
19       11. Hui Ming Chung
20       12. Ching Yun Chang
21       13. Chin Ming Ko
22       14. Yen-Chang Tzeng
23       15. Chun-Ying Ho
24       16. Margaret Liao
25       17. Acorn Campus Venture Fund III LLC
26       18. Acorn Campus Asia Fund I, LP
27       19. Dragon Investment Fund I Co., Ltd.
28       20. iD 6 Fund, L.P.

21. JKL Ventures

22. Veng Hoi Tang

23. Li-Hsueh Wei

24. Kuei Ching Tu

25. Elaine Tsang Trust

26. Lana Tsang Trust

27. Steven Tsang Trust

28. Victor Tsang

29. Shany Electronic Co., Ltd

30. Ming-Tung Tang

31. Chien-Chang Tang

32. Trevi Health Ventures LP

33. Harbinger Venture III Venture Capital Co.

34. Innova Investment Partner LLP

35. Opus Optovue

36. Kee Hwa Cheng

37. Hsing-Shou Chang

38. Dan Harden

39. Whipsaw Inc.

40. David & Cathy Tsang

41. Victor Tsang Trust

42. Pacific Rim Capital LLC

43. Rainbow Family Trust

44. Walter & Lien Nguyen

45. Triple Best Overseas Co., Ltd.

46. Hsiao-Ying Tao Hsu

47. Lynn Wei

48. Chuang-Hsien Chueh

1     49. Kou-Yuan Chen

2     50. Optowaves Holding Co., Inc.

3     51. 1999 Fulton Living Trust

4     52. Shin Lo Chia

5     53. Jian Yu Liu

6     54. David Chen Wei Wong

7     55. Shen Chia Wong

8     56. Shiao Chuan Tseng

9     57. Lung Ping Chou

10     58. Po Tsang Pan

11     59. Chin Yin Lan

12     60. Cheng Sun Lan

13 DATED:   June 11, 2007

14                      MORRISON & FOERSTER LLP

15

16              By: _L. Scott Oliver_

17                James Pooley
                    L. Scott Oliver

18                Diana Luo
                    Katherine Nolan-Stevaux

19                Attorneys for OPTOVUE
                    CORPORATION

20

21

22

23

24

25

26

27

28