1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11      OPTOVUE CORPORATION,

12                                              No. C  07 03010 MEJ

                    Plaintiff(s),              **DECLINATION TO PROCEED BEFORE**
13                                              **A MAGISTRATE JUDGE**
           v.                                           **AND**
14      CARL ZEISS MEDITEC, INC., a New York    **REQUEST FOR REASSIGNMENT TO A**
        Corporation,                            **UNITED STATES DISTRICT JUDGE**
15
                    Defendant(s).
16      _____ /

17
           REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
               The undersigned party hereby declines to consent to the assignment of this case to a United
19
        States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
        a United States District Judge.
21
22
        Dated:  6/12/07                          Signature _____
23
                                                 Counsel for  Plaintiff, OPTOVUE CORP.
24                                               (Plaintiff, Defendant, or indicate "pro se")
25
26
27
28