**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPTOVUE CORP.,<br>　　　　　　Plaintiff(s)<br>　　v.<br>CARL ZEISS MEDITEC, INC.,<br>　　　　　　Defendant(s) | CASE NO. C-07-3010 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

　X　　(1) One or more of the parties has requested reassignment to a United States District Judge, or

　＿＿　(2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

　＿＿　(3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

　　　All previous hearing dates are hereby **VACATED.**

Dated: June 13, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　By: Brenda Tolbert, Deputy Clerk