1  JAMES POOLEY #058041
   L. SCOTT OLIVER #174824
2  DIANA LUO #233712
   KATHERINE NOLAN-STEVAUX # 244950
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, CA  94304-1018
   Telephone:    (650) 813-5600
5  Facsimile:    (650) 494-0792
   jpooley@mofo.com
6  soliver@mofo.com
   dluo@mofo.com
7  knolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

   OPTOVUE CORPORATION, a California        Case No. c 07-03010 CW
13 Corporation,

14         Plaintiff,                        **PROOF OF SERVICE ON CASE
                                             MANAGEMENT SCHEDULING ORDER
15    v.                                     FOR REASSIGNED CIVIL CASE**

16 CARL ZEISS MEDITEC, INC., a New York
   Corporation,
17
           Defendant.
18

                                                            Case No. c 07-03010 CW

```
```

## CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18, and not a party to the within action. My business address is 755 Page Mill Road, Palo Alto, California, 94304.

On June 18, 2007, I caused the service of **PROOF OF SERVICE ON CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

| *Via First Class Mail* | *Via First Class Mail & Email* |
|---|---|
| Carmen Sarracco<br>Carl Zeiss Meditec, Inc.<br>5160 Hacienda Drive<br>Dublin, CA 94568-7562 | Jason Kipnis, Esq.<br>Weil, Gotshal & Manges, LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Email: *Jason.kipnis@weil.com* |

**XX**   **(BY ELECTRONIC MAIL)** I caused all of the pages of the above-entitled document(s) to be sent to interested parties via electronic transfer (email) at the respective email addresses indicated.

___   **(BY FAX)** I caused all of the pages of the above-entitled document(s) to be sent to interested parties via electronic transfer (FAX) at the respective facsimile numbers indicated.

**XX**   **(BY MAIL)** Following ordinary business practices at the Palo Alto, California offices of Morrison & Foerster, LLP, I placed the sealed envelope(s) for collection and mailing with the United States Postal Service on that same day. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, such correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Palo Alto, California, in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on June 18, 2007, at Palo Alto, California.

_____
Kim Olivares