| | |
|---|---|
| 1 | DONALD L. BARTELS, State Bar No. 65142 |
|   | dbartels@nixonpeabody.com |
| 2 | BRUCE E. COPELAND, State Bar No. 124888 |
|   | bcopeland@nixonpeabody.com |
| 3 | LAURA K. CARTER, State Bar No. 244956 |
|   | lcarter@nixonpeabody.com |
| 4 | NIXON PEABODY LLP |
|   | One Embarcadero Center, 18th Floor |
| 5 | San Francisco, California 94111-3600 |
|   | Telephone: (415) 984-8200 |
| 6 | Fax: (415) 984-8300 |
| 7 | Attorneys for Defendant |
|   | CARL ZEISS MEDITEC, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTOVUE CORPORATION, | Case No. C 07-03010 CW |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF LAURA K. CARTER AS ATTORNEY OF RECORD FOR DEFENDANT CARL ZEISS MEDITEC, INC.** |
| CARL ZEISS MEDITEC, INC., | |
| Defendant. | |

Notice is hereby given that the undersigned attorney, Laura K. Carter, of Nixon Peabody LLP, is entering an appearance in this matter for Defendant CARL ZEISS MEDITEC, INC., for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

DATED: June 28, 2007

NIXON PEABODY LLP

By: /s/Laura K. Carter
LAURA K. CARTER
Attorneys for Defendant CARL ZEISS MEDITEC, INC.

---

NOTICE OF ATTORNEY APPEARNANCE;
CASE NO. C07-03010 CW

10637837.1

## PROOF OF SERVICE

**CASE NAME:** *Optovue Corp. v. Carl Zeiss Meditec, Inc.*
**COURT:** United States District Court – Northern District of California – Oakland
**CASE NO.:** C 07-03010 CW
**NP FILE:** 033750-10

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996.

On **June 28, 2007,** I served the following document(s):

- **NOTICE OF APPEARANCE OF LAURA K. CARTER AS ATTORNEY OF RECORD FOR DEFENDANT CARL ZEISS MEDITEC, INC.**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**_X_ :** By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, CA, for mailing to the office of the addressee following ordinary business practices.

**___ :** By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

**___ :** By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

**___ :** By Facsimile — From facsimile number 415-984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

**___ :** By Electronic Delivery - I caused each such electronic copy to be sent from the offices of Nixon Peabody, San Francisco, California to the electronic mailing address of the addressee(s).

**Addressee(s)**

**See Attached Service List of Attorneys of Record**

I declare under penalty of perjury that the foregoing is true and correct. Executed on **June 28, 2007**, at San Francisco, California.

_____
Tapa E. Tualaulelei

PROOF OF SERVICE

Attorneys of Record – Service List
*Optovue Corp. v. Carl Zeiss Meditec, Inc.*
USDC N.D. Case No. C 07-03010 CW

**Attorneys for Plaintiff OPTOVUE CORPORATION:**

Diana Luo
James Pooley
Larry Scott Oliver
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Fax: 650-494-0792
Email: dluo@mofo.com
Email: jpooley@mofo.com
Email: soliver@mofo.com

7545821.1