1  DONALD L. BARTELS, State Bar No. 65142
   dbartels@nixonpeabody.com
2  BRUCE E. COPELAND, State Bar No. 124888
   bcopeland@nixonpeabody.com
3  LAURA K. CARTER, State Bar No. 244956
   lcarter@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
6  Fax:  (415) 984-8300

7  Attorneys for Defendant
   CARL ZEISS MEDITEC, INC.
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   OPTOVUE CORPORATION,                    Case No. C 07-03010 CW
13
                  Plaintiff,
14                                         **STIPULATION EXTENDING THE TIME
        vs.                                FOR DEFENDANT TO RESPOND TO
15                                         PLAINTIFF'S COMPLAINT**
   CARL ZEISS MEDITEC, INC.,
16
                  Defendant.
17

18
19      Pursuant to Civil. L. R. 6-1, the parties hereby stipulate and agree that Defendant Carl Zeiss

20 Meditec, Inc. shall have until July 9, 2007 to answer or otherwise respond to Plaintiff Optovue

21 Corporation's Complaint.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

| | |
|---|---|
| | Respectfully submitted, |
| Dated: June 28, 2007 | Dated: June 28, 2007 |
| NIXON PEABODY LLP | MORRISON & FOERSTER |
| By: /s/ Laura K. Carter | By: /s/ James Pooley |
| BRUCE E. COPELAND<br>DONALD L. BARTELS<br>LAURA K. CARTER<br>One Embarcadero Center, Suite 1800<br>San Francisco, CA 94111-3600<br>Telephone: (415) 984-8200<br>Facsimile: (415) 984-8300<br><br>Attorneys for Defendant<br>CARL ZEISS MEDITEC, INC. | JAMES POOLEY<br>L. SCOTT OLIVER<br>DIANA LUO<br>KATHERINE NOLAN-STEVAUX<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br><br>Attorneys for Plaintiff<br>OPTOVUE CORPORATION |

## Tualaulelei, Tapa

**From:** Carter, Laura
**Sent:** Thursday, June 28, 2007 2:43 PM
**To:** Tualaulelei, Tapa
**Subject:** FW: Optovue v. CZM -- draft stipulation to extend time for CZM to respond to Optovue's complaint

---

**From:** Pooley, James [mailto:JPooley@mofo.com]
**Sent:** Thursday, June 28, 2007 2:22 PM
**To:** Carter, Laura
**Subject:** RE: Optovue v. CZM -- draft stipulation to extend time for CZM to respond to Optovue's complaint

Sorry, I meant to say that yes you have permission to e-sign for me.   Jim

---

**From:** Carter, Laura [mailto:LCARTER@nixonpeabody.com]
**Sent:** Thursday, June 28, 2007 2:18 PM
**To:** Pooley, James
**Subject:** RE: Optovue v. CZM -- draft stipulation to extend time for CZM to respond to Optovue's complaint

Jim,

Would you like to file the stipulation or would you prefer that we file?  We can file and e-sign for you, with your permission.

Laura

---

**From:** Pooley, James [mailto:JPooley@mofo.com]
**Sent:** Thursday, June 28, 2007 1:42 PM
**To:** Carter, Laura
**Cc:** Copeland, Bruce; Oliver, L. Scott
**Subject:** RE: Optovue v. CZM -- draft stipulation to extend time for CZM to respond to Optovue's complaint

Laura: that's fine.  Jim

---

**From:** Carter, Laura [mailto:LCARTER@nixonpeabody.com]
**Sent:** Thursday, June 28, 2007 1:31 PM
**To:** Pooley, James
**Cc:** Copeland, Bruce
**Subject:** Optovue v. CZM -- draft stipulation to extend time for CZM to respond to Optovue's complaint

Dear Mr. Pooley,

Pursuant to Bruce's email, attached for your review is a draft stipulation to extend time for CZM to respond to Optovue's complaint until Juy 9, 2007.  If the stipulation meets your approval, let me know and I will send a signed copy for filing, unless you would prefer we file the stipulation with the court.

Regards,

Laura Carter



**Laura K. Carter**
Nixon Peabody LLP
Direct 415-984-8496 • Direct Fax 866-687-8973
General Phone 415-984-8200 • General Fax 415-984-8300
Main Mobile 415-624-9731

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at **415.984.8496**. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

===================================================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

===================================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

===================================================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

===================================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

6/28/2007

## PROOF OF SERVICE

**CASE NAME:** *Optovue Corp. v. Carl Zeiss Meditec, Inc.*
**COURT:** United States District Court – Northern District of California – Oakland
**CASE NO.:** C 07-03010 CW
**NP FILE:** 033750-10

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996.

On **June 28, 2007,** I served the following document(s):

- **STIPULATION EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, CA, for mailing to the office of the addressee following ordinary business practices.

___ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

___ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

___ : By Facsimile — From facsimile number 415-984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

___ : By Electronic Delivery - I caused each such electronic copy to be sent from the offices of Nixon Peabody, San Francisco, California to the electronic mailing address of the addressee(s).

**Addressee(s)**

**See Attached Service List of Attorneys of Record**

I declare under penalty of perjury that the foregoing is true and correct. Executed on **June 28, 2007,** at San Francisco, California.

Tapa E. Tualaulelei

PROOF OF SERVICE

**Attorneys of Record – Service List**
*Optovue Corp. v. Carl Zeiss Meditec, Inc.*
USDC N.D. Case No. C 07-03010 CW

**Attorneys for Plaintiff OPTOVUE CORPORATION:**

Diana Luo
James Pooley
Larry Scott Oliver
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Fax: 650-494-0792
Email: dluo@mofo.com
Email: jpooley@mofo.com
Email: soliver@mofo.com

7545821.1