Clerk's Use Only

Initial for fee pd.:

FILED

2007 JUL -3 PM 1:51

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Optovue Corporation

           Plaintiff(s),

v.

Carl Zeiss Meditec, Inc.

           Defendant(s).

CASE NO. C 07-03010 CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, <u>Gregg A. Rubenstein</u>, an active member in good standing of the bar of <u>Massachusetts</u>, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing <u>Carl Zeiss Meditec, Inc.</u> in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Laura K. Carter, Esq.
Nixon Peabody LLP
One Embarcadero Center
Suite 1800
San Francisco, CA 94111
Ph: (415) 984-8200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2007

                                              Gregg A. Rubenstein

NDC-16