DONALD L. BARTELS, State Bar No. 65142
dbartels@nixonpeabody.com
BRUCE E. COPELAND, State Bar No. 124888
bcopeland@nixonpeabody.com
LAURA K. CARTER, State Bar No. 244956
lcarter@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant
CARL ZEISS MEDITEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTOVUE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CARL ZEISS MEDITEC, INC.,<br><br>　　　　　Defendant. | Case No. C 07-03010 CW<br><br>**DECLARATION OF JACKIE FERREIRA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT** |

I, Jackie Ferreira, declare as follows:

　　1.　　I am the Director of Marcom, Advertising, & Public Relations for Carl Zeiss Meditec, Inc. ("CZMI"). I have most recently been employed by CZMI since May 2004 and have held my current position since that time. The facts set forth below are within my personal knowledge, and if called upon to testify, I would and could competently testify as to the truth thereof.

　　2.　　CZMI has created various original marketing brochures and materials concerning its Stratus Optical Coherence Tomography retina scanner. One such brochure is entitled "Interpretive Key," and is included as part of Exhibit B to the Complaint in this action.

DECLARATION OF JACKIE FERREIRA IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS AND FOR A MORE
DEFINITE STATEMENT; CASE NO. C07-03010 CW

10641232.1

3. CZMI has not yet applied to the Copyright Office for registration of any of its copyright rights in the "Interpretive Key" brochure and/or secured a Certificate of Copyright Registration for the "Interpretive Key" brochure.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 2nd day of July, 2007 at Dublin, California.

*[signature]*
Jackie Ferreira

DECLARATION OF JACKIE FERREIRA IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS AND FOR A MORE           -2-
DEFINITE STATEMENT; CASE NO. C07-03010 CW

10641232.1