UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTOVUE CORPORATION,<br><br>               Plaintiff,<br><br>vs.<br><br>CARL ZEISS MEDITEC, INC.,<br><br>               Defendant. | Case No. C 07-03010 CW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CARL ZEISS MEDITEC, INC.'S MOTION TO DISMISS CERTAIN CLAIMS AND FOR A MORE DEFINITE STATEMENT |

## ORDER GRANTING DEFENDANT CARL ZEISS MEDITEC, INC.'S MOTION TO DISMISS CERTAIN CLAIMS AND FOR A MORE DEFINITE STATEMENT

The Motion to Dismiss Certain Claims and For a More Definite Statement was considered by this Court on August 16, 2007. After consideration of the briefs and of all the evidence present in the record, the Court hereby rules as follows:

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss is **GRANTED** as to Plaintiff's Third and Sixth Claims for Relief; and

2. Defendant's Motion For a More Definite Statement is **GRANTED**. Plaintiff is ordered to provide a more definite statement as to the actions it alleges in its Fourth Claim for Relief do not constitute unfair competition under California state law.

Dated: _____

                                                                         U. S. District Judge Claudia Wilken

[PROPOSED] ORDER GRANTING DEFENDANT CARL ZEISS MEDITEC, INC.'S MOTION TO DISMISS CERTAIN CLAIMS AND FOR A MORE DEFINITE STATEMENT
CASE NO. C07-03010 CW

10644002.1