1  DONALD L. BARTELS, State Bar No. 65142
   dbartels@nixonpeabody.com
2  BRUCE E. COPELAND, State Bar No. 124888
   bcopeland@nixonpeabody.com
3  LAURA K. CARTER, State Bar No. 244956
   lcarter@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
6  Fax: (415) 984-8300

7  Attorneys for Defendant
   CARL ZEISS MEDITEC, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OPTOVUE CORPORATION, | Case No. C 07-03010 CW |
|---|---|
| Plaintiff, | **DECLARATION OF GREGG A. RUBENSTEIN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT** |
| vs. | |
| CARL ZEISS MEDITEC, INC., | |
| Defendant. | |

I, Gregg A. Rubenstein, declare as follows:

1. I am an attorney with the law offices of Nixon Peabody LLP and am duly admitted member of the Bars of the Commonwealth of Massachusetts, State of New York and the United States District Courts for the District of Massachusetts, Southern District of New York, Northern District of New York and District of Maryland. The facts set forth below are within my personal knowledge, and if called upon to testify, I would and could competently testify as to the truth thereof.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Verified Complaint filed in the matter of <u>Carl Zeiss Meditec, Inc. v. William Shields</u>, Massachusetts Superior Court, Suffolk County, Civil Action No. 07-2453-BLS2 ("Shields Action"). The Shields Action was initiated on June 7, 2007 and served upon William Shields on June 8, 2007.

---

**DECLARATION OF GREGG A. RUBENSTEIN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT; CASE NO. C07-03010 CW**

10636182.1

1      3.     Attached hereto as Exhibit 2 is a true and correct copy of the initial Temporary Restraining Order issued in the Shields Action.

       4.     Attached hereto as Exhibit 3 is a true and correct copy of the modified Temporary Restraining Order issued in the Shields Action.

       5.     Attached hereto as Exhibit 4 is a true and correct copy of the preliminary injunction issued in the Shields Action.

       6.     Attached hereto as Exhibit 5 is a true and correct copy of the Joseph Donahoe's First Affidavit filed in the Shields Action.

       7.     Attached hereto as Exhibit 6 is a true and correct copy of the Joseph Donahoe's Second Affidavit filed in the Shields Action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 3rd day of July, 2007 at Boston, Massachusetts.

_____
Gregg A. Rubenstein

DECLARATION OF GREGG A. RUBENSTEIN IN SUPPORT     -2-     10636182.1
OF DEFENDANT'S MOTION TO DISMISS AND FOR A
MORE DEFINITE STATEMENT; CASE NO. C07-03010 CW