# Commonwealth of Massachusetts

**SUFFOLK, ss.**



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. __07-2453 BLS__
(AFFIX FILING STAMP HERE)

__CARL ZEISS MEDITEC INC_____, Plaintiff(s)

v.

__WILLIAM SHIELDS_____, Defendant(s)

## SUMMONS AND RESTRAINING ORDER

To the above-named Defendant: **WILLIAM SHIELDS**

You are hereby summoned and required to serve upon ____**Gregg A. Rubenstein Esq.**_____ , plaintiff's attorney, whose address is __**100 Summer St. Boston, MA 02110**_____ , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You also are required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim that you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WE ALSO NOTIFY YOU that application has been made in said action, as appears in the complaint, for a preliminary injunction and that a hearing upon such application will be held at the court house at said Boston in courtroom __1017 10th fl.__of said court on __**Monday**__the __**eleventh**__ day of __**June**_____ A.D. 200__7__ , at __**two**__ o'clock ~~AM~~**PM**., at which you may appear and show cause why such application should not be granted.

FORM CIV.P.3 5M 12/04

**EXHIBIT 2**

In the meantime, until such hearing, WE COMMAND YOU, said ___**defendant**___

and your agents, attorneys and counsellors, and each and every one of them, to desist and refrain from

_____

_____

**(SEE ATTACHED ORDER)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Witness, Barbara J. Rouse, Esquire, at Boston, the ___**seventh**___ day of
___**June**___, in the year of our Lord two thousand ___**seven**___.

*Timothy Field*
Assistant Clerk.

$70.00 fee paid
6/7/07 cc

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 200____, I served a copy of the within summons and restraining orders, together with a copy of the complaint in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4(d)(1-5):

_____

_____

_____

Dated: _____ , 200____.

**N.B.  TO PROCESS SERVER:**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN**
**THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| , 200  . |
|---|

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.          SUPERIOR COURT DEPARTMENT
                     OF THE TRIAL COURT
                     CIVIL ACTION
                     No. 07-2453-BLS2

Carl Zeiss Meditec, Inc. _____ , Plff(s).


v.


William Shields _____ , Deft(s).


SUMMONS
(Mass. R. Civ. P. 4)
AND
ORDER OF NOTICE
WITH
TEMPORARY RESTRAINING ORDER

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO. 07-2453-BLS2

### CARL ZEISS MEDITEC, INC.,
**Plaintiff**

**vs.**

### WILLIAM SHIELDS,
**Defendant**

## TEMPORARY RESTRAINING ORDER

After an ex parte hearing today, this Court **ORDERS** that the defendant is temporarily restrained as follows:

1.     The defendant shall not disclose to Optovue, Inc. or anyone other than his attorney (or cause another to disclose) any of the plaintiff's "Confidential Information," as that term is defined in the defendant's Employee Agreement with the plaintiff.

2.     The defendant shall not use (or cause another to use) any of the plaintiff's Confidential Information to advance the interests of Optovue or to disrupt the plaintiff's relationship with any of its customers.

3.     The defendant shall maintain in his custody and control (either by holding it or providing it to his attorney to hold) any of the plaintiff's Confidential Information that he presently has in his custody or control, whether it be on paper or in any form of electronic data storage, and shall not destroy, delete, or otherwise remove such Confidential Information from his custody or control.

4.     The defendant shall commence gathering the documents responsive to the plaintiff's First Request for Production of Documents, in anticipation of the possibility of an expedited order of discovery.

A hearing on the plaintiff's motion for preliminary injunction and on its motion for

Suffolk Civil Action                    -2-                    No. 07-1453-BLS2

expedited discovery shall be held on Monday, June 11, 2007 at 2 p.m. in Courtroom 1017 of the

Suffolk County Superior Court.  The plaintiff shall serve the complaint and these motions on the

defendant forthwith so he has adequate time to prepare for this hearing.

Ralph D. Gants
Justice of the Superior Court

DATE:  June 7, 2007