COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                           SUPERIOR COURT
                                                       CIVIL ACTION
                                                       NO. 07-2453-BLS2

CARL ZEISS MEDITEC, INC.,
            Plaintiff

vs.

WILLIAM SHIELDS,
            Defendant

### ORDER

After an adversary hearing today, this Court **ORDERS** that the hearing on the motion for preliminary injunction is postponed to June 20, 2007 at 2:00 p.m.. The Temporary Restraining Order issued on June 7, 2007, as modified below, is extended until that hearing. With the modification, the defendant is temporarily restrained as follows:

1. The defendant shall not disclose to Optovue, Inc. or anyone other than his attorney (or cause another to disclose) any of the plaintiff's "Confidential Information," defined as:

    a. proprietary information of Carl Zeiss Meditec, Inc. ("CZM") or information designated by CZM as Confidential,

    b. whose disclosure to a competitor would pose a significant risk of competitive harm to CZM.

"Confidential Information" includes, but is not limited to, CZM's:

- research and development activities,
- requests for proposals, bids, and proposals,
- marketing plans and strategies,
- business plans and strategies,
- financial statements, profitability information, budgets, and projections;
- client surveys and client lists, and

RECEIVED
JUN 1 3 REC'D
GREGG A. RUBENSTEIN

**EXHIBIT 3**

Suffolk Civil Action                -2-                    No. 07-1453-BLS2

- personnel and payroll information of other CZM employees.

2. The defendant shall not use (or cause another to use) any of the plaintiff's "Confidential Information" to advance the interests of Optovue or to disrupt the plaintiff's relationship with any of its customers.

3. The defendant shall maintain in his custody and control (either by holding it or providing it to his attorney to hold) any of the plaintiff's "Confidential Information" that he presently has in his custody or control, whether it be on paper or in any form of electronic data storage, and shall not destroy, delete, or otherwise remove such "Confidential Information" from his custody or control.

4. The defendant shall commence gathering the documents responsive to the plaintiff's First Request for Production of Documents, in anticipation of the possibility of an expedited order of discovery.

This Court will also hear on June 20 the plaintiff's motion for an expedited order of discovery. No later than 4:00 p.m. on Friday, June 15, 2007, the defendant's attorneys shall:

1. make or cause to be made a forensic copy of all hard disks, USB sticks, and other electronic data storage in the defendant's or their custody or control containing any of CZM's "Confidential Information;"

2. provide CZM's counsel with copies of all CZM documents that the defendant forwarded or otherwise provided or made available to the Optovue Corporation; and

Suffolk Civil Action                        -3-                        No. 07-1453-BLS2

3.  provide CZM's counsel with an index of all documents in the defendant's hard disks, USB sticks, and other electronic data storage, identifying the file name for each document and revealing the manner in which the defendant organized these documents.

                                            _____
                                            Ralph D. Gants
                                            Justice of the Superior Court
DATE:   June 11, 2007