COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                      SUPERIOR COURT
                                                  CIVIL ACTION
                                                  NO. 07-2453-BLS2

CARL ZEISS MEDITEC, INC.,
Plaintiff

vs.

WILLIAM SHIELDS,
Defendant

## PRELIMINARY INJUNCTION

After an adversary hearing today, this Court **ORDERS** that, pending final adjudication of this action or further order of this Court, the defendant is preliminarily enjoined as follows:

1.  The defendant shall not disclose to Optovue, Inc. or anyone other than his attorney (or cause another to disclose) any of the plaintiff's "Confidential Information," defined as:

    a.  proprietary information of Carl Zeiss Meditec, Inc. ("CZM") or information designated by CZM as Confidential,

    b.  whose disclosure to a competitor would pose a significant risk of competitive harm to CZM.

    "Confidential Information" includes, but is not limited to, CZM's:

    - research and development activities,
    - requests for proposals, bids, and proposals,
    - marketing plans and strategies,
    - business plans and strategies,
    - financial statements, profitability information, budgets, and projections;
    - client surveys and client lists, and
    - personnel and payroll information of other CZM employees.

2.  The defendant shall not use (or cause another to use) any of the plaintiff's "Confidential

**EXHIBIT 4**

Suffolk Civil Action                           -2-                           No. 07-1453-BLS2

Information" to advance the interests of Optovue or to disrupt the plaintiff's relationship with any of its customers.

3. The defendant shall maintain in his custody and control (either by holding it or providing it to his attorney to hold) any of the plaintiff's "Confidential Information" that he presently has in his custody or control, whether it be on paper or in any form of electronic data storage, and shall not destroy, delete, or otherwise remove such "Confidential Information" from his custody or control.

4. The defendant will not contact, solicit business from, or participate in the solicitation of business from any doctors that he knew were part of CZM's EAP Program.

_[signature]_
Ralph D. Gants
Justice of the Superior Court

DATE: June 20, 2007