COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                                    SUPERIOR COURT
                                                               CIVIL ACTION

---

|  |  |
|---|---|
| CARL ZEISS MEDITEC, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| WILLIAM SHIELDS, | ) |
| Defendant. | ) |

0 7 - 2 4 5 3

C.A. NO. _____-BLS

---

## FIRST AFFIDAVIT OF JOSEPH DONAHOE

I, Joseph Donahoe, do depose and say that:

1.     I am the Executive Vice President Americas at Carl Zeiss Meditec, Inc.'s. Carl

Zeiss Meditec, Inc. is a subsidiary of Carl Zeiss Meditec AG, which together with Carl Zeiss

Meditec AG's other subsidiaries make up Carl Zeiss Meditec ("CZM"). I have been with CZM

since 1979. I have personal knowledge of and/or have relied upon CZM business records that I

believe to be accurate and discussions with CZM employees whom I believe to be truthful with

respect to the matters set forth in this affidavit.

2.     CZM is an integrated medical technology company with two main areas of

business activity. In the field of ophthalmology, CZM offers complete solutions for treating the

four main eye ailments: vision defects (refraction), cataract, glaucoma and retinal disorders.

CZM's products support doctors and patients to diagnose and treat these ailments efficiently and

precisely. For example, CZM's Stratus OCT (Optical Coherence Tomography) scanner is an

industry leader in the field of ophthalmic imaging for ocular diseases. In the field of neuro/ENT

**EXHIBIT 5**

- 2 -

surgery, CZM is the world's leading provider of surgical microscopes and visualization solutions for these treatments.

     3.     It is difficult to underestimate the competitive harm William Shields will do if he is allowed to compete with CZM by managing the sale of competitive products for Optovue, Inc. ("Optovue") and to manage the roll-out of the new products contemplated by Optovue that will compete with CZM products in the ophthalmic diagnostic market. First as CZM's Director of Business Development Europe and later as CZM's Sales Director Europe, Mr. Shields was responsible for managing our entire ophthalmic diagnostic sales efforts in Europe, the Middle East and Africa ("EMEA") and developing key thought leaders in those territories. As explained more fully below, it was his job to assist in formulating and ultimately implementing CZM's strategy to beat the competition -- companies like Optovue who sell competitive products such as the RTVue -- in the ophthalmic market in which CZM (and Optovue) compete. He has all of the plans, strategies and information created by CZM to accomplish this objective. All of a sudden, he is the very competition he was trying to defeat. I cannot imagine how he cannot use what he knows about CZM's customers, retinal specialists, thought leaders, products, distribution channels, pricing, costs, marketing plans, incentive programs, business strategies, new products and new product plans, and personnel against CZM as an employee of Optovue. He has to use our Confidential Information to do his job for Optovue.

## The Competitive Products

     4.     CZM is a world leader in the development, manufacturing, distribution and sale of products in the ophthalmic market. CZM's principal competitors in the ophthalmic market are Topcon, Heidelberg, Haag Streit and Optovue. Optovue was started in 2003 by Jay Wei, a former CZM employee. Today, Optovue competes directly with CZM throughout the world.

10605531.3

- 3 -

Perhaps the single most competitive product between the two companies is CZM's Stratus OCT and Optovue's RTVue. Both products are ophthalmic imaging devices used to diagnose ocular diseases. There is no question that these two products compete directly in the world marketplace.

5.      CZM's Status OCT is its principal product in the ophthalmic market, accounting for approximately 30% of CZM's revenues in that market. The RTVue is currently Optovue's only product.

### CZM's Confidential Information

6.      As CZM's Director of Business Development Europe and later as CZM's Sales Director Europe, Mr. Shields was responsible for formulating and directing CZM's sales and marketing efforts in EMEA. Of particular importance to both CZM and Mr. Shields was his top-level responsibilities for the Stratus OCT, Visante OCT (a high-resolution, non-contact optical coherence tomography solution for customized measurements of corneal anterior segments) and GDx (a system for measuring and diagnosing glaucoma).

7.      Mr. Shields played a particularly critical role in creating and implementing CZM's marketing and sales efforts for its new Cirrus HD-OCT, the successor to the Stratus OCT. Dubbed the "Early Access Program" or "EAP," CZM, with Mr. Shields playing a key role, identified a strategic group of key customers/sites throughout the world through which to seed the new Cirrus HD-OCT by offering special pricing. The list of customers/sites and pricing incentives is highly confidential and sensitive, and is comprised of the customers/sites that CZM views as recognized "thought leaders" in the industry. Again, Mr. Shields played a key role in developing this program and he is intimately familiar with its details and the list of customers/sites.

10605531.3

- 4 -

8.    Just prior to leaving CZM, in late March, 2007, Mr. Shields requested a copy of the complete EAP program. Pursuant to his request, CZM provided Mr. Shields the complete set of finalized EAP customers, customer objectives, incentive pricing, expected market pricing and roll-out documents.

9.    Disclosure of information concerning the Early Access Program to competitors, strategy, pricing, goals and objectives from the customers/site, especially Optovue, or the public would be tantamount to disclosing CZM's strategy for the near future and would undoubtedly result in severe economic consequences and irreparable harm to CZM's business reputation.

10.    In addition to his work on the EAP, as a senior CZM executive and manager, Mr. Shields was privy to all of the confidential information generated by CZM to beat the competition:

•    Mr. Shields participated in regular senior sales manager meetings to develop CZM's action plan and strategies for the short and long term. He also participated in the meetings discussing and formulating the EAP and CZM's Business Plan for EMEA for 2007, 2008. At these meetings, CZM formulated its strategies to retain and garner greater market share. Mr. Shields was also provided with the details of CZM's plans for new products, participated in discussions about such confidential subjects as test marketing plans and results, and special product programs designed to test and successfully launch CZM's new products, e.g., EAP and Visante OCT. It is clear that Mr. Shields will perform many, if not all, of these same functions in his position at Optovue. Mr. Shields knows CZM's plans on these matters and cannot help but use or disclose this information as Optovue competes with CZM and introduces new products to broaden the scope of that competition.

- 5 -

- As Director of Business Development Europe and later CZM's Sales Director Europe, Mr. Shields was involved with implementing the price strategies for all of CZM's EMEA markets, including discount structures and special incentive programs. The process of designing price strategies relies, in part, on a great deal of confidential data concerning such variables as volume, number of units shipped, sales history, gross margins, product costs, and distribution costs. All of this confidential information, in the hands of a competitor, gives that competitor an unfair advantage in competing with CZM. For example: in formulating the strategy for the Stratus OCT in a particular market, Mr. Shields knows what CZM has done and can do in the future to win a customer's business in that market. The pricing incentives offered in a market depend on a number of factors, including history, volume and product and distribution costs. **Mr. Shields knows how far CZM has gone and will go.** Optovue can develop a more effective competitive program based on this information. That is unfair competition; Mr. Shields should not be able to rely upon that information while working on Optovue's behalf.

- Mr. Shields was provided with CZM management reports that include CZM's business analysis, performance to plan analysis, business plan revisions, project reports and updates, departmental reporting, pricing and volume analysis, and profitability analysis per sales in EMEA. These reports are provided only to CZM's senior management team.

- Mr. Shields had access to data regarding allocation of product spending, by market and region. This includes the CZM's plans and commitments for spending as it relates to people costs, local marketing, sponsorships, sales programs and media/advertising expenditures. This data also includes information regarding the priorities set by CZM for particular products, markets and marketing plans. This data is invaluable in devising competitive strategies.

- 6 -

•     Mr. Shields has confidential information regarding the costs of doing business in EMEA. This information includes gross margins, product costs and distribution costs, among other things. This confidential information is essential to pricing decisions, and allows a competitor to make decisions about how far CZM will go to win particular business, and how CZM will market its products. In this very competitive ophthalmic market, this is invaluable information in setting a strategy to defeat CZM.

•     Mr. Shields also had access to, and knows, information concerning CZM's most significant customers (both doctors and distributors) in EMEA. As explained above, he knows the past, current and future strategies employed by CZM to win, augment and retain this business, including the specific plans for 2007 and 2008. This information includes pricing, incentive programs, unit numbers by country, transfer pricing, spending allocated to the customer and costs of goods sold. He also knows the people. One of Mr. Shields' most important functions was to call upon key thought leaders in Europe and to cement the relationship between them and CZM. In doing so, he was aided by the resources CZM made available to him, including people, promotional programs, pricing incentives, entertainment, and quality of products. The goodwill developed through the use of these CZM resources belongs to CZM. Mr. Shields will be in a position to exploit that goodwill in his job at Optovue.

11.     In summary, Mr. Shields has all of CZM's most confidential information. He was provided with that information by CZM so that he could do his job for CZM. CZM provided him with this confidential information in reliance upon his agreement not to use or disclose it, and his promise not to interfere with CZM's business after he left CZM's employ. Mr. Shields benefited greatly from the use of CZM's confidential information and other resources. His

- 7 -

income was dependent, in part, on the success of sales in EMEA. He should not be allowed to use that information again, this time against CZM on behalf of a direct competitor.

### Mr. Shields Surreptitiously Gathers CZM's Confidential Information and Shared it with Optovue.

12.     It is neither an idle threat nor mere speculation that Mr. Shields has CZM's confidential information in his possession and intends to rely upon it in his new position at Optovue. Upon receiving Mr. Shields' CZM-provided laptop computer, our attorneys arranged for it to be forensically reviewed by KPMG.

13.     Based on KPMG's analysis and a review of CZM's own computer servers, I understand that in the two weeks prior to leaving CZM Mr. Shields reviewed certain computer files containing what appears to be CZM confidential information. It is impossible to tell exactly what data these files contained because Mr. Shields never returned to CZM the removable storage devices (USB drives, CD-ROMS and floppy drives) on which these files resided. Based on a review of the file names, including "Distributor Evaluation," "Final Distributor Master List," International Terms & Conditions of Sales" and "International_contactList," however, it appears that they contain CZM confidential information.

14.     It also appears that Mr. Shields was not content to take CZM's confidential information with him, but rather needed to get some of it into Optovue's hands even before he left CZM. Again, based on KPMG's review and our own internal review, we found evidence that on April 5, 2007, Mr. Shields sent a highly confidential e-mail to Jay Wei and Paul Kealey, Optovue's respective Founder & President/CEO and Vice President of Sales/Marketing.

15.     The e-mail was from John Edwards, CZM's Regional Sales Manager - Texas, and contained a confidential report concerning a customer who purchased an RTVue from Optovue and the problems he had with it ("Edwards E-Mail"). The customer subsequently returned the

- 8 -

RTVue and purchased CZM's competing Stratus OCT.  Mr. Edwards sent the e-mail and report

on April 4, 2007 to certain CZM sales personnel, including Mr. Shields.

      16.     The insights of this customer and problems he reported were extremely valuable

as they provided CZM with strategic marketing strategies to use in competition with Optovue.

Adding to the importance and value of this information was the fact that Optovue was unaware

of its existence and therefore unable to create fixes and/or responses to the specific reported

problems.

      17.     Further analysis of CZM's computer resources has established that on April 5,

2007, Mr. Shields, while still employed by CZMI, forwarded the Edwards E-Mail and the

attached report to Jay Wei and Paul Kealey at Optovue.  CZM's computer servers also show that

Mr. Wei wrote back to Mr. Shields and Mr. Kealey twice responded, all within approximately

nine hours of Mr. Shields' original e-mail.  While the computer records do not contain the

precise content of these e-mails, there is no legitimate reason why Mr. Shields should have been

communicating with Messrs. Wei and Kealey within two weeks of his departure.  Equally telling

is the fact that Mr. Shields deleted these e-mails from his laptop before returning it to CZM.

Mr. Shields clearly was communicating with Optovue and most likely passing along CZM's

confidential information to them.

[<em>The remainder of this page in intentionally blank.</em>]

- 9 -

Signed under penalties of perjury this 6th day of June, 2007.

Joseph Donahoe