| | |
|---|---|
| DONALD L. BARTELS (SBN 65142)<br>BRUCE E. COPELAND (SBN 124888)<br>LAURA K. CARTER (SBN 244856)<br>NIXON PEABODY LLP<br>ONE EMBARCADERO CENTER, SUITE 1800<br>SAN FRANCISCO, CA 94111-3600<br>**Attorney(s) for:** DEFENDANT/COINTERCLAIMANT,<br>CARL ZEISS MEDITEC, INC.<br>Reference: 685547 | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTOVUE CORPORATION<br><br>　　　　　　　　　　　　　　**Plaintiff (s)**<br><br>v.<br><br>CARL ZEISS MEDITEC, INC.<br><br>　　　　　　　　　　　　　　**Defendant (s)** | CASE NUMBER: C 07-03010 CW<br><br><br>**PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons　　☐ complaint　　☐ alias summons　　☐ first amended complaint
   　　in a civil case [counterclaim]　　　　　　　　　　　　　☐ second amended complaint
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ third amended complaint

   ☒ other *(specify)*: DEFENDANT CARL ZEISS MEDITEC, INC.'S ANSWER TO OPTOVUE CORP.'S COMPLAINT AND COUNTERCLAIM

2. Person served:
   a. ☒ Defendant *(name)*: JAY WEI
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:
   c. ☒ Address Where papers were served: **41752 CHRISTY STREET, FREMONT, CA 94548**

3. **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
   a.　☒ Federal Rules of Civil Procedure
   b.　☐ California Code of Civil Procedure

4. **I served** the person named in item 2:

   a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

   　　1. ☒ **Papers were served on** *(date)*:　　**JULY 10, 2007**　　at *(time)*:　　**2:25PM**

   b. ☐ By **Substituted service**. By leaving copies:

   　　1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   　　2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

   　　3. ☐ **Papers were served on** *(date)*: _____　　at *(time)*: _____

   　　4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

   　　5. ☐ **papers were mailed** on (date): _____

   　　6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
      Name of person served:
      Title of person served:
      Date and time of service: *(date):* _____    at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

ALLAN MENDIETA/#2007-1018/SAN FRANCISCO
WORLDWIDE NETWORK, INC.
520 TOWNSEND STREET, SUITE D
SAN FRANCISCO, CA 94103
(415) 503-0900

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: JULY 10, 2007

_____
*(Signature)*

## PROOF OF SERVICE

**CASE NAME:** *Optovue Corp. v. Carl Zeiss Meditec, Inc.*
**COURT:** United States District Court – Northern District of California – Oakland
**CASE NO.:** C 07-03010 CW
**NP FILE:** 033750-10

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, One Embarcadero Center, Suite 2700, San Francisco, CA 94111-3600.

On **July 12, 2007**, I served the following document(s):

- **PROOF OF SERVICE RE SUMMONS AND COUNTERCLAIM AS TO COUNTER-DEFENDANT JAY WEI**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**X** : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, CA, for mailing to the office of the addressee following ordinary business practices.

___ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

___ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

___ : By Facsimile — From facsimile number 415-984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

___ : By Electronic Delivery - I caused each such electronic copy to be sent from the offices of Nixon Peabody, San Francisco, California to the electronic mailing address of the addressee(s).

**Addressee(s)**

**See Attached Service List of Attorneys of Record**

I declare under penalty of perjury that the foregoing is true and correct. Executed on **July 12, 2007**, at San Francisco, California.

_____
Tapa F. Tualaulelei

PROOF OF SERVICE

10637883.1

**Attorneys of Record – Service List**
*Optovue Corp. v. Carl Zeiss Meditec, Inc.*
**USDC N.D. Case No. C 07-03010 CW**

<u>**Attorneys for Plaintiff OPTOVUE CORPORATION:**</u>

Diana Luo
James Pooley
Larry Scott Oliver
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Fax: (650) 494-0792
Email: dluo@mofo.com
Email: jpooley@mofo.com
Email: soliver@mofo.com

<u>**Counter-Defendant JAY WEI:**</u> (in *Pro Per*)
Mr. Jay Wei
Optovue, Inc.
41752 Christy Street
Fremont, CA 94548
(Business Address)