DONALD L. BARTELS, State Bar No. 65142
dbartels@nixonpeabody.com
BRUCE E. COPELAND, State Bar No. 124888
bcopeland@nixonpeabody.com
LAURA K. CARTER, State Bar No. 244956
lcarter@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Defendant
CARL ZEISS MEDITEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTOVUE CORPORATION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CARL ZEISS MEDITEC, INC.,<br><br>                    Defendant. | Case No. C 07-03010 CW<br><br>**NOTICE OF APPEARANCE OF COUNSEL OF RECORD FOR DEFENDANT CARL ZEISS MEDITEC, INC.** |

Notice is hereby given that the attorneys listed above in the address section: Donald L. Bartels, Bruce E. Copeland, and Laura K. Carter of Nixon Peabody LLP, are entering an appearance as lead counsel in this matter for Defendant CARL ZEISS MEDITEC, INC., for the purpose of receiving ECF filings, notices and orders from the Court.

Respectfully submitted,

DATED:  July 16, 2007            NIXON PEABODY LLP


By:  */s/ Bruce E. Copeland*
     DONALD L. BARTELS
     BRUCE E. COPELAND
     LAURA K. CARTER
     Attorneys for Defendant CARL ZEISS MEDITEC, INC.

**NOTICE OF APPEARANCE OF COUNSEL**
**CASE NO. C07-03010 CW**

10637837.1