RECEIVED

JUL - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

FILED

JUL 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Optovue Corporation

Plaintiff(s),

v.

Carl Zeiss Meditec, Inc.

Defendant(s).

CASE NO. C 07-03010 CW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Gregg A. Rubenstein , an active member in good standing of the bar of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

Nixon Peabody LLP
100 Summer Street, Boston MA 02110
Ph: (617) 345-1000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Carl Zeiss Meditec, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 1 2 2007

_____
United States District   Judge

UNITED STATES DISTRICT COURT
For the Northern District of California