```
 1  JAMES POOLEY  #058041
    L. SCOTT OLIVER  #174824
 2  DIANA LUO #233712
    KATHERINE NOLAN-STEVAUX # 244950
 3  MORRISON & FOERSTER LLP
    755 Page Mill Road
 4  Palo Alto, CA  94304-1018
    Telephone:     (650) 813-5600
 5  Facsimile:     (650) 494-0792
    jpooley@mofo.com
 6  soliver@mofo.com
    dluo@mofo.com
 7  knolanstevaux@mofo.com

 8  Attorneys for Plaintiff
    OPTOVUE CORPORATION
 9
    DONALD L. BARTELS  #65142
10  BRUCE E. COPELAND  #124888
    LAURA K. CARTER  #244956
11  NIXON PEABODY LLP
    One Embarcadero Center, 18th Floor
12  San Francisco, CA  94111-3600
    Telephone:     (415) 984-8200
13  Facsimile:     (415) 984-8300
    dbartels@nixonpeabody.com
14  bcopeland@nixonpeabody.com
    lcarter@nixonpeabody.com
15
    Attorneys for Defendant
16  CARL ZEISS MEDITEC, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTOVUE CORPORATION, a California Corporation, | Case No. C 07-03010 CW |
| Plaintiff, | **STIPULATION REGARDING HEARING DATE FOR CARL ZEISS MEDITEC, INC.'S MOTION TO DISMISS CERTAIN CLAIMS** |
| v. | |
| CARL ZEISS MEDITEC, INC., a New York Corporation, | JUDGE: HON. CLAUDIA WILKEN |
| Defendant. | |

STIPULATION REGARDING HEARING ON DEFENDANTS' MOTION TO DISMISS
CASE NO. C 07-03010 CW
pa-1180966

    Plaintiff Optovue Corporation ("Optovue") and Defendant, Carl Zeiss Meditec, Inc. ("CZM") hereby stipulate as follows:

    WHEREAS, on July 9, 2007, CZM filed its Motion to Dismiss Certain Claims ("Motion") and noticed it for hearing on August 16, 2007;

    WHEREAS, on July 11th, counsel for Optovue informed counsel for CZM that Optovue's lead counsel is not available on August 16th, and requested to continue the hearing to August 23rd or to another day that is convenient for both parties and the Court;

    WHEREAS, on July 13th, counsel for CZM informed counsel for Optovue that CZM is amenable to continue the hearing to August 23rd, but requested that the briefing schedule not be changed;

    IT IS HEREBY STIPULATED by and between the Parties, and through their respective attorneys of record, as follows:

    The hearing on CZM's Motion to Dismiss shall be on August 23, 2007;

    Optovue shall serve its Opposition by July 26, 2007; and

    CZM shall serve its Reply, if any, by August 2, 2007.

                                      Respectfully submitted,

| Dated: July 18, 2007 | Dated: July 18, 2007 |
|---|---|
| MORRISON & FOERSTER LLP | NIXON PEABODY LLP |
| By /s/ Diana Luo | By /s/ Laura K. Carter |
| JAMES POOLEY<br>L. SCOTT OLIVER<br>DIANA LUO<br>KATHERINE NOLAN-STEVAUX<br>Attorneys for Plaintiff<br>OPTOVUE CORPORATION | DONALD L. BARTELS<br>BRUCE E. COPELAND<br>LAURA K. CARTER<br>Attorneys for Defendant<br>CARL ZEISS MEDITEC, INC. |

**ORDER**

IT IS HEREBY ORDERED that

1) The hearing on CZM's Motion to Dismiss shall be on August 23, 2007;

2) Optovue shall serve its Opposition by July 26, 2007; and

3) CZM shall serve its Reply, if any, by August 2, 2007.

**IT IS SO ORDERED.**

Dated: July _____, 2007

_____
CLAUDIA WILKEN
United States District Judge