1  JAMES POOLEY (CA SBN 58041)
   SCOTT OLIVER (CA SBN 174824)
2  DIANA LUO (CA SBN 233712)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792
   JPooley@mofo.com
6  SOliver@mofo.com
   DLuo@mofo.com
7  KNolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

14  OPTOVUE CORPORATION, a California        Case No.   C 07-03010 CW
    Corporation,
15                                           **DECLARATION OF DIANA LUO
                    Plaintiff,               IN SUPPORT OF OPTOVUE
16                                           CORPORATION'S OPPOSITION
          v.                                 TO CARL ZEIS MEDITEC, INC.'S
17                                           MOTION TO DISMISS**
    CARL ZEISS MEDITEC, INC., a New York
18  Corporation,                             Date:   August 23, 2007
                                             Time:   2:00 p.m.
19                  Defendant.               Ctrm:   2 – 4th Floor

20                                           The Honorable Claudia Wilken

21
    CARL ZEISS MEDITEC, INC.,
22
                    Counterclaimant,
23
          v.
24
    OPTOVUE CORPORATION, INC.; JAY WEI,
25  and individual, and YONGHUA ZHAO, an
    individual,
26
                    Counterdefendants.
27

28

LUO DECL. ISO OPTOVUE'S OPPOSITION TO CZM'S MOTION TO DISMISS
CASE NO. C 07-03010 CW
pa-1182407

I, Diana Luo, declare and state as follows:

I am an attorney in the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Optovue Corporation ("Optovue") in the above-referenced matter. I have personal knowledge of all the facts contained herein and, if called to testify, could and would competently testify thereto.

1. Attached hereto as Exhibit A is a true and correct copy of *Fujitsu Ltd. v. Nanya Technology Corp.*, No. C 06-6613 CW, 2007 U.S. Dist. LEXIS 44386 (N.D. Cal. June 6, 2007).

2. Attached hereto as Exhibit B is a true and correct copy of *Prospect Planet, L.L.C. v. PaychecksforLife.com*, No. A3-02-91, 2003 U.S. Dist. Lexis 835 (D.N.D. Jan. 16, 2003).

3. Attached hereto as Exhibit C is a true and correct copy of *Application Science & Technology, LLC v. Statmon Technologies Corp.*, 05-C-6864, 2006 WL 1430215, 05-C-6864, 2006 WL 1430215 (N.D. Ill. April 21, 2006).

4. Attached hereto as Exhibit D is a true and correct copy of a letter (without attachments) from Yar Chaikovsky to Jay Wei, dated October 18, 2006.

5. Attached hereto as Exhibit E is a true and correct copy of *Gladwell Governmental Services, Inc. v. County of Marin*, C-04-3332 SBA, 2005 U.S. Dist. Lexis 42276 (N.D. Cal. Oct. 17, 2005).

6. Attached hereto as Exhibit F is a true and correct copy of *Bolton v. Actuant Corp.*, No. 03-08184 Pa(CWx), 2004 U.S. Dist. Lexis 15192 (C.D. Cal. Mar. 8, 2004).

7. I understand that Optovue's principal place of business is Fremont, California, and that CZM's principal place of business is Dublin, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2007 at Palo Alto, California.

_____
Diana Luo

LUO DECL. ISO OPTOVUE'S OPPOSITION TO CZM'S MOTION TO DISMISS
CASE NO. C 07-03010 CW
pa-1182407

1