# EXHIBIT D

10/25/2006 WED 14:16 [TX/RX NO 5575] @001

# WEIL, GOTSHAL & MANGES LLP

SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
SHANGHAI
SINGAPORE
WARSAW
WASHINGTON, D.C.

YAR R. CHAIKOVSKY
DIRECT LINE (650) 802-3205
E-MAIL: yar.chaikovsky@weil.com

October 18, 2006

**BY FEDERAL EXPRESS**

Jay Wei
President and CEO
Optovue Corporation
41752 Christy Street
Fremont, CA 94538

Re:  **Carl Zeiss Meditec Inc.**

Dear Mr. Wei:

We represent Carl Zeiss Meditec. Carl Zeiss Meditec has serious concerns that Optovue and you have improperly used confidential information belonging to Carl Zeiss Meditec in developing, exhibiting, and marketing optical coherence tomography (OCT) related products. Enclosed please find copies of your (1) Employment Agreement and (2) Severance Agreement and General Release.

In addition, Carl Zeiss Meditec believes that you may have failed to assign inventions to Carl Zeiss Meditec and to perfect Carl Zeiss Meditec's title in inventions, patents and patent applications in violation of your employment agreement. Carl Zeiss Meditec believes that inventions belonging to it may have improperly been assigned to or will be assigned to Optovue, including potentially patentable inventions described in pending patent applications.

Carl Zeiss Meditec is further concerned that Optovue and you may have unlawfully advertised and falsely represented test images taken with Carl Zeiss Meditec equipment as taken with Optovue equipment.

SV1:\257971\02\5J1V02!.DOC\33842.0003

Oct 25 2006 1:27PM  HP LASERJET FAX  p.1

WEIL, GOTSHAL & MANGES LLP

Jay Wei
October 18, 2006
Page 2

    Moreover, Carl Zeiss Meditec has indications that Optovue and you may have induced third parties to violate their agreements with Carl Zeiss Meditec and that the recently launched Optovue.com website contains false information about Carl Zeiss Meditec. For example, the website incorrectly states: "Today, the OCT becomes a $120M business in Carl Zeiss Meditec."

    Carl Zeiss Meditec respects your freedom to work for a competitor and welcomes fair competition. However, Optovue and you must respect Carl Zeiss Meditec's intellectual property rights. Carl Zeiss Meditec has grave concerns that you have breached your employment agreement and severance agreement.

    For these reasons, please provide us with a detailed written explanation of Optovue's optical coherence tomography products and your pending patent applications, and how these products were developed and the patent applications conceived and reduced to practice without violating your employment agreement and severance agreement. Carl Zeiss Meditec would be willing to make appropriate personnel available in a face-to-face meeting to receive Optovue's explanation, and to discuss other issues, including the false representation of test images, the inducement of third parties to breach agreements with Carl Zeiss Meditec, and the display of false information about Carl Zeiss Meditec on the Optovue.com website.

    Your prompt response is appreciated.

    Sincerely,

    Yar R. Chaikovsky

Encls.: (1) Employment Agreement
    (2) Severance Agreement and General Release

SV1:\257971\02\5J1V02!.DOC\33842.0003