JAMES POOLEY #058041
L. SCOTT OLIVER #174824
DIANA LUO #233712
KATHERINE NOLAN-STEVAUX # 244950
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
jpooley@mofo.com
soliver@mofo.com
dluo@mofo.com
knolanstevaux@mofo.com

Attorneys for Plaintiff
OPTOVUE CORPORATION

DONALD L. BARTELS #65142
BRUCE E. COPELAND #124888
LAURA K. CARTER #244956
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
dbartels@nixonpeabody.com
bcopeland@nixonpeabody.com
lcarter@nixonpeabody.com

Attorneys for Defendant
CARL ZEISS MEDITEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTOVUE CORPORATION, a California Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>CARL ZEISS MEDITEC, INC., a New York Corporation,<br><br>          Defendant. | Case No. C 07-03010 CW<br><br>**STIPULATION REGARDING HEARING DATE FOR CARL ZEISS MEDITEC, INC.'S MOTION TO DISMISS CERTAIN CLAIMS**<br><br>JUDGE: HON. CLAUDIA WILKEN |

1  Plaintiff Optovue Corporation ("Optovue") and Defendant, Carl Zeiss Meditec,
2  Inc. ("CZM") hereby stipulate as follows:
3  WHEREAS, on July 9, 2007, CZM filed its Motion to Dismiss Certain Claims
4  ("Motion") and noticed it for hearing on August 16, 2007;
5  WHEREAS, on July 11th, counsel for Optovue informed counsel for CZM that
6  Optovue's lead counsel is not available on August 16th, and requested to continue the
7  hearing to August 23rd or to another day that is convenient for both parties and the
8  Court;
9  WHEREAS, on July 13th, counsel for CZM informed counsel for Optovue that
10 CZM is amenable to continue the hearing to August 23rd, but requested that the briefing
11 schedule not be changed;
12 IT IS HEREBY STIPULATED by and between the Parties, and through their
13 respective attorneys of record, as follows:
14 The hearing on CZM's Motion to Dismiss shall be on August 23, 2007;
15 Optovue shall serve its Opposition by July 26, 2007; and
16 CZM shall serve its Reply, if any, by August 2, 2007.
17                                                      Respectfully submitted,
18
19 Dated:  July 18, 2007                                Dated:  July 18, 2007
20    MORRISON & FOERSTER LLP                              NIXON PEABODY LLP
21 By     /s/ Diana Luo                                 By     /s/ Laura K. Carter
22    JAMES POOLEY                                         DONALD L. BARTELS
      L. SCOTT OLIVER                                      BRUCE E. COPELAND
23    DIANA LUO                                            LAURA K. CARTER
      KATHERINE NOLAN-STEVAUX                              Attorneys for Defendant
24    Attorneys for Plaintiff                              CARL ZEISS MEDITEC, INC.
      OPTOVUE CORPORATION

# ORDER

IT IS HEREBY ORDERED that

1) The hearing on CZM's Motion to Dismiss shall be on August 23, 2007;

2) Optovue shall serve its Opposition by July 26, 2007; and

3) CZM shall serve its Reply, if any, by August 2, 2007.

**IT IS SO ORDERED.**

Dated: July 26, 2007

*[signature]*

CLAUDIA WILKEN
United States District Judge