1  JAMES POOLEY #058041
   L. SCOTT OLIVER #174824
2  DIANA LUO #233712
   KATHERINE NOLAN-STEVAUX # 244950
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, CA  94304-1018
   Telephone:    (650) 813-5600
5  Facsimile:    (650) 494-0792
   jpooley@mofo.com
6  soliver@mofo.com
   dluo@mofo.com
7  knolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION and
9  Counterdefendants OPTOVUE CORPORATION,
   JAY WEI and YONGHUA ZHAO
10

   DONALD L. BARTELS #65142
11 BRUCE E. COPELAND #124888
   LAURA K. CARTER #244956
12 NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
13 San Francisco, CA  94111-3600
   Telephone:    (415) 984-8200
14 Facsimile:    (415) 984-8300
   dbartels@nixonpeabody.com
15 bcopeland@nixonpeabody.com
   lcarter@nixonpeabody.com
16
   Attorneys for Defendant and Counterclaimant
17 CARL ZEISS MEDITEC, INC.

18                UNITED STATES DISTRICT COURT
19                NORTHERN DISTRICT OF CALIFORNIA
20                      OAKLAND DIVISION

21 | OPTOVUE CORPORATION, a California | Case No. C 07-03010 CW
   | Corporation,
22 |                                    | **STIPULATION AND [PROPOSED]**
   |             Plaintiff,             | **ORDER RE: CASE MANAGEMENT**
23 |                                    | **CONFERENCE DATE**
   |     v.                             |
24 |                                    | **JUDGE: HON. CLAUDIA WILKEN**
   | CARL ZEISS MEDITEC, INC., a New York |
25 | Corporation,
   |
26 |             Defendant.
   |
27 |─────────────────────────────────
   | AND RELATED COUNTERACTION.
28 |

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE SCHEDULE
CASE NO. C 07-03010 CW

Plaintiff Optovue Corporation and Counterdefendants Optovue Corporation, Jay Wei and Yonghua Zhao (collectively as "Optovue") and Defendant and Counterclaimant, Carl Zeiss Meditec, Inc. ("CZM") hereby stipulate as follows:

WHEREAS, on August 20, 2007, the Court ordered the Case Management Conference to be continued to October 25, 2007;

WHEREAS, counsel for Optovue promptly notified counsel for CZM that Optovue's lead counsel is not available on October 25, 2007, and requested to reschedule the Case Management Conference for October 11th;

WHEREAS, on August 24, 2007, counsel for CZM informed counsel for Optovue that CZM is amenable to reschedule the Case Management Conference for October 11th, insofar as CZM's motion to dismiss, if any, with respect to Optovue's amended complaint, can also be noticed for October 11th;

IT IS HEREBY STIPULATED by and between the Parties, and through their respective attorneys of record, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Optovue to file amended complaint | September 4, 2007 | August 28, 2007 |
| CMZ to file any motion to dismiss amended complaint, if necessary | September 18, 2007 | September 10, 2007 |
| Last day to meet and confer re ADR | August 30, 2007 | September 20, 2007 |
| Last day for Optovue to file Opposition to any Motion to Dismiss Amended Complaint | September 4, 2007 | September 20, 2007 |
| Last day to file joint ADR Certification or Notice of Need for Conference | August 30, 2007 | September 20, 2007 |
| Last day to file reply brief in support of any Motion to Dismiss Amended Complaint | September 11, 2007 | September 27, 2007 |
| Last day to complete initial disclosures or state objections | September 13, 2007 | October 4, 2007 |

| Event | Current Date | Proposed Date |
|---|---|---|
| Last day to file Joint Case Management Statement | October 25, 2007 | October 4, 2007 |
| Last day to file Rule 26(f) Report | September 13, 2007 | October 4, 2007 |
| Case Management Conference – 2:00 p.m. – Courtroom 2 | October 25, 2007 | October 11, 2007 |

Respectfully submitted,

Dated: August 27, 2007

MORRISON & FOERSTER LLP

By L. S. C.

JAMES POOLEY
L. SCOTT OLIVER
DIANA LUO
KATHERINE NOLAN-STEVAUX

Attorneys for Plaintiff
OPTOVUE CORPORATION and
Counterdefendants OPTOVUE
CORPORATION, JAY WEI and
YONGHUA ZHAO

Dated: August 24, 2007

NIXON PEABODY LLP

By

DONALD L. BARTELS
BRUCE E. COPELAND
LAURA K. CARTER

Attorneys for Defendant and
Counterclaimant
CARL ZEISS MEDITEC, INC.

## ORDER

**IT IS SO ORDERED.**

Dated: August ____, 2007

_____
CLAUDIA WILKEN
United States District Judge

pa-1190147

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE SCHEDULE
CASE NO. C 07-03010 CW

3