1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JAMES POOLEY #058041
L. SCOTT OLIVER #174824
DIANA LUO #233712
KATHERINE NOLAN-STEVAUX # 244950
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:    (650) 813-5600
Facsimile:    (650) 494-0792
jpooley@mofo.com
soliver@ mofo.com
dluo@mofo.com
knolanstevaux@mofo.com

Attorneys for Plaintiff
OPTOVUE CORPORATION and
Counterdefendants OPTOVUE CORPORATION,
JAY WEI and YONGHUA ZHAO

DONALD L. BARTELS #65142
BRUCE E. COPELAND #124888
LAURA K. CARTER #244956
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone:    (415) 984-8200
Facsimile:    (415) 984-8300
dbartels@nixonpeabody.com
bcopeland@nixonpeabody.com
lcarter@nixonpeabody.com

Attorneys for Defendant and Counterclaimant
CARL ZEISS MEDITEC, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| OPTOVUE CORPORATION, a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CARL ZEISS MEDITEC, INC., a New York Corporation, <br><br> Defendant. <br><br>——————————————— <br><br> AND RELATED COUNTERACTION. | Case No. C 07-03010 CW <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE DATE** <br><br> **JUDGE: HON. CLAUDIA WILKEN** |

1   Plaintiff Optovue Corporation and Counterdefendants Optovue Corporation, Jay Wei

2   and Yonghua Zhao (collectively as "Optovue") and Defendant and Counterclaimant, Carl

3   Zeiss Meditec, Inc. ("CZM") hereby stipulate as follows:

4   WHEREAS, on August 20, 2007, the Court ordered the Case Management

5   Conference to be continued to October 25, 2007;

6   WHEREAS, counsel for Optovue promptly notified counsel for CZM that Optovue's

7   lead counsel is not available on October 25, 2007, and requested to reschedule the Case

8   Management Conference for October 11th;

9   WHEREAS, on August 24, 2007, counsel for CZM informed counsel for Optovue

10  that CZM is amenable to reschedule the Case Management Conference for October 11th,

11  insofar as CZM's motion to dismiss, if any, with respect to Optovue's amended complaint,

12  can also be noticed for October 11th;

13  IT IS HEREBY STIPULATED by and between the Parties, and through their

14  respective attorneys of record, as follows:

15

| Event | Current Date | Proposed Date |
|---|---|---|
| Optovue to file amended complaint | September 4, 2007 | August 28, 2007 |
| CMZ to file any motion to dismiss amended complaint, if necessary | September 18, 2007 | September 10, 2007 |
| Last day to meet and confer re ADR | August 30, 2007 | September 20, 2007 |
| Last day for Optovue to file Opposition to any Motion to Dismiss Amended Complaint | September 4, 2007 | September 20, 2007 |
| Last day to file joint ADR Certification or Notice of Need for Conference | August 30, 2007 | September 20, 2007 |
| Last day to file reply brief in support of any Motion to Dismiss Amended Complaint | September 11, 2007 | September 27, 2007 |
| Last day to complete initial disclosures or state objections | September 13, 2007 | October 4, 2007 |

| Event | Current Date | Proposed Date |
|---|---|---|
| Last day to file Joint Case Management Statement | October 25, 2007 | October 4, 2007 |
| Last day to file Rule 26(f) Report | September 13, 2007 | October 4, 2007 |
| Case Management Conference – 2:00 p.m. – Courtroom 2 | October 25, 2007 | October 11, 2007 |

AND MOTION TO DISMISS, IF FILED.

     Respectfully submitted,

Dated:  August 27, 2007

MORRISON & FOERSTER LLP

By  L. S. C_____

JAMES POOLEY
L. SCOTT OLIVER
DIANA LUO
KATHERINE NOLAN-STEVAUX

Attorneys for Plaintiff
OPTOVUE CORPORATION and
Counterdefendants OPTOVUE
CORPORATION, JAY WEI and
YONGHUA ZHAO

Dated:  August 24, 2007

NIXON PEABODY LLP

By  D. L. Bartel

DONALD L. BARTELS
BRUCE E. COPELAND
LAURA K. CARTER

Attorneys for Defendant and
Counterclaimant
CARL ZEISS MEDITEC, INC.

## ORDER

**IT IS SO ORDERED.**

Dated:  ~~August~~ 9/5 ____, 2007

_____
CLAUDIA WILKEN
United States District Judge

pa-1190147