UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|                              | Case No.                                      |
|------------------------------|-----------------------------------------------|
| Plaintiff(s),                |                                               |
|                              | ADR CERTIFICATION BY PARTIES AND COUNSEL      |
| v.                           |                                               |
| Defendant(s).                |                                               |
| _____ /  |                                               |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                       _____
                                                                                [Party]

Dated: _____                                       _____
                                                                                [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Rev. 12/05