UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OPTOVUE CORPORATION,

               Plaintiff(s),

v.

CARL ZEISS MEDITEC, INC.

               Defendant(s).

Case No. C 07-03010 CW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Oct. __, 2007

                                                       _____
                                                       [Party] Yonghua Zhao

Dated: Oct. __, 2007

                                                       /s/ L. Scott Oliver
                                                       [Counsel]