United States District Court
Northern District of California

1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**

9        **Northern District of California**

10   Optovue Corporation,                                     07-03010 CW MED

11                     Plaintiff(s),                    **Notice of Appointment of Mediator**

12          v.

13   Carl Zeiss Meditec, Inc.,

14                     Defendant(s).

15   TO COUNSEL OF RECORD:

16          The court notifies the parties and counsel that the Mediator assigned to this case

17   is:

18                          **Mark Petersen**
                            Farella, Braun & Martel LLP
19                          235 Montgomery St., 17th Fl.
                            San Francisco, CA 94104
20                          415-954-4400

21          Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22   governs the Mediation program.  The mediator will schedule a joint phone conference

23   with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24   the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25   The court permits the mediator to charge each party its pro rata share of the cost of the

26   phone conference.

27
28

**Notice of Appointment of Mediator**
07-03010 CW MED                              - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR

2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: October 31, 2007

5                                          RICHARD W. WIEKING
                                           Clerk
6                                          by:    Claudia M. Forehand

7  

8                                          ADR Case Administrator
                                           415-522-2059
9                                          Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Mediator**
07-03010 CW MED                    - 2 -

United States District Court
Northern District of California