# EXHIBIT B

DONALD L. BARTELS #65142
BRUCE E. COPELAND #124888
LAURA K. CARTER #244956
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone:   (415) 984-8200
Facsimile:   (415) 984-8300
dbartels@nixonpeabody.com
bcopeland@nixonpeabody.com
lcarter@nixonpeabody.com

Attorneys for Defendant and Counterclaimant
CARL ZEISS MEDITEC, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| OPTOVUE CORPORATION, a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CARL ZEISS MEDITEC, INC., a New York Corporation,<br><br>　　　　　　Defendant.<br><br>AND RELATED COUNTERACTION. | Case No.   C 07-03010 CW<br><br>**DECLARATION OF DONALD L. BARTELS**<br><br>The Honorable Claudia Wilken |

DECLARATION OF DONALD L. BARTELS
CASE NO. C 07-03010 CW

I, DONALD L. BARTELS, declare as follows:

1. I am a resident of Burlingame, California, an attorney at law duly admitted to practice before the state and federal courts of California, , and a partner at Nixon Peabody LLP, attorneys of record for Carl Zeiss Meditec, Inc. ("CZMI"). The facts set forth herein are based upon my own personal knowledge, and if called upon to testify, I could and would testify competently as follows.

2. Nixon Peabody LLP is not currently involved in any patent prosecution for CZMI.

3. In the event that Nixon Peabody LLP is, in fact, retained by CZMI for the purposes of patent prosecution during the course of the above-captioned litigation, or otherwise becomes involved in patent prosecution for CZMI during the course of this litigation, Nixon Peabody LLP will notify counsel for Optovue Corp. of such involvement within three (3) days of the commencement of such involvement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of January, 2008, at San Francisco, California.

_____
DONALD L. BARTELS

DECLARATION OF DONALD L. BARTELS    2
CASE NO. C 07-03010 CW