1  JAMES POOLEY (CA SBN 58041)
   L. SCOTT OLIVER (CA SBN 174824)
2  DIANA LUO (CA SBN 233712)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone:  (650) 813-5600
5  Facsimile:   (650) 494-0792
   JPooley@mofo.com
6  SOliver@mofo.com
   DLuo@mofo.com
7  KNolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION and
9  Counterdefendants OPTOVUE CORPORATION,
   JAY WEI and YONGHUA ZHAO
10
   DONALD L. BARTELS  #65142
11 BRUCE E. COPELAND  #124888
   NIXON PEABODY LLP
12 One Embarcadero Center, 18th Floor
   San Francisco, CA  94111-3600
13 Telephone:   (415) 984-8200
   Facsimile:    (415) 984-8300
14 dbartels@nixonpeabody.com
   bcopeland@nixonpeabody.com
15
   Attorneys for Defendant and Counterclaimant
16 CARL ZEISS MEDITEC, INC.

17
                    UNITED STATES DISTRICT COURT
18
             NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION
19

| 20 | OPTOVUE CORPORATION, a California Corporation, | Case No.   C 07-03010 CW |
|---|---|---|
| 21 | | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF DATE OF ADR COMPLETION** |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | CARL ZEISS MEDITEC, INC., a New York Corporation, | |
| 25 | Defendant. | The Honorable Claudia Wilken |
| 26 | AND RELATED COUNTERACTION. | |

27

28

STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF ADR DATE– CASE NO. C 07-03010 CW
pa-1239759

1

2 Pursuant to Northern District Local Rule 7-12, Optovue Corporation and Carl Zeiss
3 Meditec, Inc. (collectively "the Parties") hereby jointly submit this stipulation regarding a
4 continuance of the date by which the parties must complete ADR:

5 WHEREAS, on October 25, 2007, the Court issued a Case Management Order setting
6 April 15, 2008 as the date by which ADR must be completed;

7 WHEREAS, the parties are currently scheduled to appear before Mark D. Petersen for
8 mediation on March 20, 2008;

9 WHEREAS, both parties are diligently conducting discovery and agree that further
10 discovery is necessary in order to have a productive mediation;

11 WHEREAS, both parties and the mediator are currently available on April 24, 2008;

12 IT IS HEREBY STIPULATED by and between the Parties, and through their respective
13 attorneys of record, as follows:

14 The Court shall continue the date by which ADR must be completed to April 30, 2008;

15 The parties shall in good faith appear before Mr. Petersen for mediation on or about April
16 24, 2008 (subject to Mr. Petersen's continuing availability).

17

18 **IT IS SO STIPULATED.**

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF ADR DATE– CASE NO. C 07-03010 CW     2
pa-1239759

Dated: March 11, 2008

JAMES POOLEY
L. SCOTT OLIVER
DIANA LUO
KATHERINE NOLAN-STEVAUX

MORRISON & FOERSTER LLP

By:   /s/Diana Luo
      Diana Luo

Attorneys for Plaintiff
OPTOVUE CORPORATION and
Counterdefendants OPTOVUE
CORPORATION, INC.; JAY WEI
and YONGHUA ZHAO

Dated: March 11, 2008

DONALD L. BARTELS
BRUCE E. COPELAND
LAURA K. CARTER

NIXON PEABODY LLP

By:   /s/ Donald L. Bartels
      Donald L. Bartels

Attorneys for Defendant and
Counterclaimant CARL ZEISS MEDITEC, INC.

**IT IS SO ORDERED.**

DATED: _____

      The Honorable Claudia Wilken
      United States District Judge

STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF ADR DATE– Case No. C 07-03010 CW
pa-1239759

3

1

2    I, Diana Luo, am the ECF User whose ID and password are being used to file this

3  Stipulation Regarding Continuance of Date of ADR Completion.  In compliance with General

4  Order 45, X.B., I hereby attest that Donald L. Bartels has concurred in this filing.

7  Dated: March 11, 2008                    Morrison & Foerster LLP

By:  /s/ Diana Luo
     Diana Luo

Attorneys for Plaintiff
OPTOVUE CORPORATION and
Counterdefendants OPTOVUE
CORPORATION, INC.; JAY WEI and
YONGHUA ZHAO

STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF ADR DATE– CASE NO. C 07-03010 CW            4
pa-1239759