DONALD L. BARTELS (SB No. 65142)
dbartels@nixonpeabody.com
BRUCE E. COPELAND (SB No. 124888)
bcopeland@nixonpeabody.com
GREGORY E. SCHOPF (SB No. 122862)
gschopf@nixonpeabody.com
ERIN M. ADRIAN (SB No. 2778718)
eadrian@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

GREGG A. RUBENSTEIN *(pro hac vice)*
grubenstein@nixonpeabody.com
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Fax: (617) 345-1300

Attorneys for Defendant/Counterclaimant
CARL ZEISS MEDITEC, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTOVUE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CARL ZEISS MEDITEC, INC.,<br><br>    Defendant. | No. C07-03010 CW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |
| CARL ZEISS MEDITEC, INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>OPTOVUE CORPORATION, INC.; et al.<br><br>    Counterdefendants. | |

NOTICE OF SUBSTITUTION OF COUNSEL C07-03010 CW

10940131.2

PLEASE TAKE NOTICE that attorney Laura K. Carter is withdrawn as counsel for defendant and counterclaimant Carl Zeiss Meditec, Inc. in the above-captioned matter. Further, attorneys Gregory E. Schopf and Erin M. Adrian, as listed above in the address section, are entering appearances as counsel in the above-captioned matter for defendant and counterclaimant Carl Zeiss Meditec, Inc., for the purpose of receiving filings, notices and orders from the Court.

DATED: March 12, 2008           Respectfully submitted,

NIXON PEABODY LLP


By: /s/ Bruce E. Copeland
    BRUCE E. COPELAND
    Attorneys for Defendant/Counterclaimant
    CARL ZEISS MEDITEC, INC.