1  JAMES POOLEY (CA SBN 58041)
   L. SCOTT OLIVER (CA SBN 174824)
2  DIANA LUO (CA SBN 233712)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone:  (650) 813-5600
5  Facsimile:   (650) 494-0792
   JPooley@mofo.com
6  SOliver@mofo.com
   DLuo@mofo.com
7  KNolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION and
9  Counterdefendants OPTOVUE CORPORATION,
   JAY WEI and YONGHUA ZHAO
10
   DONALD L. BARTELS  #65142
11 BRUCE E. COPELAND  #124888
   NIXON PEABODY LLP
12 One Embarcadero Center, 18th Floor
   San Francisco, CA  94111-3600
13 Telephone:    (415) 984-8200
   Facsimile:    (415) 984-8300
14 dbartels@nixonpeabody.com
   bcopeland@nixonpeabody.com
15
   Attorneys for Defendant and Counterclaimant
16 CARL ZEISS MEDITEC, INC.

17
                    UNITED STATES DISTRICT COURT
18
            NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION
19

| | |
|---|---|
| 20  OPTOVUE CORPORATION, a California Corporation, | Case No.   C 07-03010 CW |
| 21                     Plaintiff, | **STIPULATION AND ORDER REGARDING CONTINUANCE OF DATE OF ADR COMPLETION** |
| 22  v. | |
| 23  CARL ZEISS MEDITEC, INC., a New York Corporation, | |
| 24 | The Honorable Claudia Wilken |
| 25                     Defendant. | |
| 26  AND RELATED COUNTERACTION. | |

27

28

STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF ADR DATE– CASE NO. C 07-03010 CW
pa-1239759

Pursuant to Northern District Local Rule 7-12, Optovue Corporation and Carl Zeiss Meditec, Inc. (collectively "the Parties") hereby jointly submit this stipulation regarding a continuance of the date by which the parties must complete ADR:

WHEREAS, on October 25, 2007, the Court issued a Case Management Order setting April 15, 2008 as the date by which ADR must be completed;

WHEREAS, the parties are currently scheduled to appear before Mark D. Petersen for mediation on March 20, 2008;

WHEREAS, both parties are diligently conducting discovery and agree that further discovery is necessary in order to have a productive mediation;

WHEREAS, both parties and the mediator are currently available on April 24, 2008;

IT IS HEREBY STIPULATED by and between the Parties, and through their respective attorneys of record, as follows:

The Court shall continue the date by which ADR must be completed to April 30, 2008;

The parties shall in good faith appear before Mr. Petersen for mediation on or about April 24, 2008 (subject to Mr. Petersen's continuing availability).

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: March 11, 2008 | JAMES POOLEY |
| 2 | | L. SCOTT OLIVER |
| | | DIANA LUO |
| 3 | | KATHERINE NOLAN-STEVAUX |
| 4 | | MORRISON & FOERSTER LLP |

By:  /s/Diana Luo
     Diana Luo

Attorneys for Plaintiff
OPTOVUE CORPORATION and
Counterdefendants OPTOVUE
CORPORATION, INC.; JAY WEI
and YONGHUA ZHAO

Dated: March 11, 2008

DONALD L. BARTELS
BRUCE E. COPELAND
LAURA K. CARTER

NIXON PEABODY LLP

By:  /s/ Donald L. Bartels
     Donald L. Bartels

Attorneys for Defendant and
Counterclaimant CARL ZEISS MEDITEC, INC.

**IT IS SO ORDERED.**

DATED: 3/13/08

The Honorable Claudia Wilken
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF ADR DATE– CASE NO. C 07-03010 CW
pa-1239759

3

1

2       I, Diana Luo, am the ECF User whose ID and password are being used to file this

3   Stipulation Regarding Continuance of Date of ADR Completion.  In compliance with General

4   Order 45, X.B., I hereby attest that Donald L. Bartels has concurred in this filing.

5

6

7   Dated: March 11, 2008                    Morrison & Foerster LLP

8

9
                                              By:   /s/ Diana Luo
10                                                      Diana Luo

11                                          Attorneys for Plaintiff
                                         OPTOVUE CORPORATION and
12                                          Counterdefendants OPTOVUE
                                         CORPORATION, INC.; JAY WEI and
13                                          YONGHUA ZHAO

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF ADR DATE– CASE NO. C 07-03010 CW    4
pa-1239759