DONALD L. BARTELS (SB No. 65142)
dbartels@nixonpeabody.com
BRUCE E. COPELAND (SB No. 124888)
bcopeland@nixonpeabody.com
GREGORY E. SCHOPF (SB No. 122862)
gschopf@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

GREGG A. RUBENSTEIN *(pro hac vice)*
grubenstein@nixonpeabody.com
100 Summer Street
Boston, Massachusetts 02110
Telephone:  (617) 345-1000
Fax:  (617) 345-1300

Attorneys for Defendant/Counterclaimant
CARL ZEISS MEDITEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTOVUE CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>CARL ZEISS MEDITEC, INC.,<br><br>        Defendant. | No. C07-03010 CW<br><br>**STIPULATION TO EXTEND TIME FOR CERTAIN PRE-TRIAL DEADLINES AND ORDER THEREON** |
| CARL ZEISS MEDITEC, INC.,<br><br>        Counterclaimant,<br><br>    vs.<br><br>OPTOVUE CORPORATION, INC.; et al.<br><br>        Counterdefendants. | |

IT IS HEREBY STIPULATED by and between the parties herein, Carl Zeiss Meditec, Inc., Optovue Corporation, Jay Wei, and Yonghua Zhao, by and through their attorneys of record, and subject to the Order of the Court, as follows:

1) The parties have scheduled mediation for April 22, 2008.

2) The parties wish to avoid expert discovery that will ultimately prove unnecessary if the case is resolved at mediation.

3) Accordingly, the parties agree to extend certain pre-trial deadlines for thirty (30) days.

4) The last day to disclose expert witnesses and reports, currently set at May 1, 2008, shall now be June 2, 2008.

5) The last day for rebuttal disclosure of identities and reports of expert witnesses, currently set at June 2, 2008, shall now be July 2, 2008.

6) The expert discovery cut-off, currently set at June 16, 2008, shall now be July 16, 2008.

7) The last day for completion of fact discovery, currently set at June 16, 2008, shall now be July 16, 2008.

//

//

//

1  8)     The last day for all case-dispositive motions to be heard, currently set at
2         August 14, 2008, shall now be September 18, 2008.

5  IT IS SO STIPULATED.

7  MORRISON & FOERSTER                             NIXON PEABODY LLP

9  By: __/s/ Diana Luo_____ Dated: April 15, 2008    By: /s/ Gregory E. Schopf  Dated:April 15, 2008
       JAMES POOLEY                                       DONALD L. BARTELS
10     KIMBERLY N. VAN VOORHIS                            BRUCE E. COPELAND
       DIANA LUO                                          GREGORY E. SCHOPF
11     KATHERINE NOLAN-STEVAUX                            GREGG A. RUBENSTEIN
       Attorneys for Plaintiff/Counterdefendants          Attorneys for Defendant/Counterclaimant
12     OPTOVUE CORPORATION, JAY WEI,                      CARL ZEISS MEDITEC, INC.
       AND YONGHUA ZHAO

14 IT IS SO ORDERED.

16 DATED:                                           By: _____
                                                        DISTRICT COURT JUDGE

STIPULATION TO EXTEND EXPERT DISCOVERY     -3-                                    10977165.1
AND ORDER THEREON C07-03010 CW