1  DONALD L. BARTELS (SB No. 65142)
   dbartels@nixonpeabody.com
2  BRUCE E. COPELAND (SB No. 124888)
   bcopeland@nixonpeabody.com
3  GREGORY E. SCHOPF (SB No. 122862)
   gschopf@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
6  Fax:  (415) 984-8300

7  GREGG A. RUBENSTEIN *(pro hac vice)*
   grubenstein@nixonpeabody.com
8  100 Summer Street
   Boston, Massachusetts 02110
9  Telephone:  (617) 345-1000
   Fax:  (617) 345-1300
10
   Attorneys for Defendant/Counterclaimant
11 CARL ZEISS MEDITEC, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTOVUE CORPORATION,<br><br>            Plaintiff,<br><br>   vs.<br><br>CARL ZEISS MEDITEC, INC.,<br><br>            Defendant. | No. C07-03010 CW<br><br>**STIPULATION TO EXTEND TIME FOR CERTAIN PRE-TRIAL DEADLINES AND ORDER THEREON** |
| CARL ZEISS MEDITEC, INC.,<br><br>            Counterclaimant,<br><br>   vs.<br><br>OPTOVUE CORPORATION, INC.; et al.<br><br>            Counterdefendants. | |

STIPULATION TO EXTEND EXPERT DISCOVERY
AND ORDER THEREON C07-03010 CW

IT IS HEREBY STIPULATED by and between the parties herein, Carl Zeiss Meditec, Inc., Optovue Corporation, Jay Wei, and Yonghua Zhao, by and through their attorneys of record, and subject to the Order of the Court, as follows:

1) The parties have scheduled mediation for April 22, 2008.

2) The parties wish to avoid expert discovery that will ultimately prove unnecessary if the case is resolved at mediation.

3) Accordingly, the parties agree to extend certain pre-trial deadlines for thirty (30) days.

4) The last day to disclose expert witnesses and reports, currently set at May 1, 2008, shall now be June 2, 2008.

5) The last day for rebuttal disclosure of identities and reports of expert witnesses, currently set at June 2, 2008, shall now be July 2, 2008.

6) The expert discovery cut-off, currently set at June 16, 2008, shall now be July 16, 2008.

7) The last day for completion of fact discovery, currently set at June 16, 2008, shall now be July 16, 2008.

//

//

//

STIPULATION TO EXTEND EXPERT DISCOVERY                    --
AND ORDER THEREON C07-03010 CW

8) The last day for all case-dispositive motions to be heard **and FCMC**, currently set at August 14, 2008, shall now be September 18, 2008.

IT IS SO STIPULATED.

| MORRISON & FOERSTER | NIXON PEABODY LLP |
|---|---|
| By: /s/ Diana Luo       Dated: April 15, 2008<br>JAMES POOLEY<br>KIMBERLY N. VAN VOORHIS<br>DIANA LUO<br>KATHERINE NOLAN-STEVAUX<br>Attorneys for Plaintiff/Counterdefendants<br>OPTOVUE CORPORATION, JAY WEI,<br>AND YONGHUA ZHAO | By: /s/ Gregory E. Schopf  Dated:April 15, 2008<br>DONALD L. BARTELS<br>BRUCE E. COPELAND<br>GREGORY E. SCHOPF<br>GREGG A. RUBENSTEIN<br>Attorneys for Defendant/Counterclaimant<br>CARL ZEISS MEDITEC, INC. |

IT IS SO ORDERED.

DATED:  4/18/08

By: _____
DISTRICT COURT JUDGE

STIPULATION TO EXTEND EXPERT DISCOVERY     --
AND ORDER THEREON C07-03010 CW