1  JAMES POOLEY (CA SBN 58041)
   KIMBERLY N. VAN VOORHIS (CA SBN 197486)
2  DIANA LUO (CA SBN 233712)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792
   JPooley@mofo.com
6  KVanvoorhis@mofo.com
   DLuo@mofo.com
7  KNolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION and
9  Counterdefendants OPTOVUE CORPORATION,
   JAY WEI and YONGHUA ZHAO

10
   DONALD L. BARTELS  #65142
11 BRUCE E. COPELAND  #124888
   GREGORY E. SCHOPF  #122826
12 NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
13 San Francisco, CA  94111-3600
   Telephone:    (415) 984-8200
14 Facsimile:    (415) 984-8300
   dbartels@nixonpeabody.com
15 bcopeland@nixonpeabody.com
   gschopf@nixonpeabody.com

16 Attorneys for Defendant and Counterclaimant
   CARL ZEISS MEDITEC, INC

17
                UNITED STATES DISTRICT COURT
18
                NORTHERN DISTRICT OF CALIFORNIA
19
                       OAKLAND DIVISION
20

21 OPTOVUE CORPORATION, a California        Case No.    C 07-03010 CW
   Corporation,
22                                          **STIPULATION TO FURTHER
                  Plaintiff,                EXTEND TIME FOR PRE-TRIAL
23                                          DEADLINES AND ORDER
        v.                                  THEREON**
24
   CARL ZEISS MEDITEC, INC., a New York
25 Corporation,                             The Honorable Claudia Wilken

26                Defendant.

27
   AND RELATED COUNTERCLAIMS.
28

   STIPULATION TO FURTHER EXTEND
   PRE-TRIAL DEADLINES -- C 07-03010
   pa-1250648

1      IT IS HEREBY STIPULATED by and between the parties herein, Carl Zeiss Meditec,

2   Inc., Optovue Corporation, Jay Wei, and Yonghua Zhao, by and through their attorneys of

3   records, and subject to the Order of the court, as follows:

4

5      1)   The parties attended a mediation with Mark D. Petersen on April 22, 2008.

6

7      2)   As part of that mediation, in a effort to further explore the possibility of

8           informally resolving this matter, the parties, on Mr. Petersen's recommendation,

9           have agreed to conduct focused discovery pertaining to specific source code

10          issues and, once that discovery is completed, to participate in a follow up

11          mediation session with Mr. Petersen on June 4, 2008, based on the findings of this

12          limited discovery.

13

14     3)   To facilitate this further mediation and to avoid the expense of unnecessary

15          discovery and pre-trial preparation, the parties, on Mr. Petersen's

16          recommendation, have agreed to extend pre-trial deadlines for approximately (60)

17          days as follows:

18

19     4)   The last day to disclose expert witnesses and reports, currently set at June 2, 2008,

20          shall now be August 1, 2008.

21

22     5)   The last day for rebuttal disclosure of identities and reports of expert witnesses,

23          currently set at July 2, 2008, shall now be September 3, 2008.

24

25     6)   The expert discovery cut-off, currently set at July 16, 2008 shall be September 17,

26          2008.

27

28     7)   The last day for completion of fact discovery, currently set at July 16, 2008, shall

STIPULATION TO FURTHER EXTEND                    2
PRE-TRIAL DEADLINES -- C 07-03010
pa-1250648

1          now be September 17, 2008.

2

3          8)     The last day for all case-dispositive motions to be heard, currently set at

4                 September 18, 2008, shall now be November 13, 2008.

5

6          9)     The final pre-trial conference, currently scheduled for November 18, 2008, shall

7                 now be January 13, 2009 or as soon thereafter as is convenient for the Court.

8

9          10)    The trial, currently scheduled for December 1, 2008, shall now be February 18,

10                2009 or as soon thereafter as is convenient for the Court.

11         IT IS SO STIPULATED.

12

13    Dated:  April 24, 2008                        Dated:  April 24, 2008

14    MORRISON & FOERSTER LLP                        NIXON PEABODY LLP

15

16    By /s/DIANA LUO_____              By__/s/ GREGORY E. SCHOPF_____
         JAMES POOLEY                                   DONALD L. BARTELS
17       KIMBERLY N. VAN VOORHIS                        BRUCE E. COPELAND
         DIANA LUO                                      GREGORY E. SCHOPF
18       KATHERINE NOLAN-STEVAUX                        GREGG A. RUBENSTEIN

19       Attorneys for Plaintiff/Counterdefendants      Attorneys for Defendant and
         OPTOVUE CORPORATION, JAY WEI,                  Counterclaimant CARL ZEISS
20       AND YONGHUA ZHAO                               MEDITEC, INC.

21

22

23    Dated:  April 24, 2008

24    FARELLA BRAUN & MARTEL LLP

25

26    By /s/ MARK D. PETERSEN_____
         Mark D. Petersen
27       Mediator

28

STIPULATION TO FURTHER EXTEND                    3
PRE-TRIAL DEADLINES -- C 07-03010 CW
pa-1250648

1            IT IS SO ORDERED.

2

3    Dated: _____        By: _____
                                                        DISTRICT COURT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO FURTHER EXTEND            4
PRE-TRIAL DEADLINES -- C 07-03010 CW
pa-1250648

1

## ATTESTATION

2    I, DIANA LUO, am the ECF User whose ID and password are being used to file this

3  STIPULATION TO FURTHER EXTEND TIME FOR PRE-TRIAL DEADLINES AND

4  ORDER THEREON.  In compliance with General Order 45, X.B., I hereby attest that

5  GREGORY E. SCHOPF and MARK D. PETERSEN have concurred in this filing.

6

7    Dated: April 24, 2008                   MORRISON & FOERSTER LLP

8

9                                          By:   /s/ DIANA LUO
                                                 Diana Luo

10                                          Attorneys for Plaintiff and
                                            Counterdefendants
11                                          OPTOVUE CORPORATION, JAY
                                            WEI, AND YONGHUA ZHAO
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO FURTHER EXTEND                 5
PRE-TRIAL DEADLINES -- C 07-03010 CW
pa-1250648