JAMES POOLEY (CA SBN 58041)
KIMBERLY N. VAN VOORHIS (CA SBN 197486)
DIANA LUO (CA SBN 233712)
KATHERINE NOLAN-STEVAUX (CA SBN 244950)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
JPooley@mofo.com
KVanvoorhis@mofo.com
DLuo@mofo.com
KNolanstevaux@mofo.com

Attorneys for Plaintiff
OPTOVUE CORPORATION and
Counterdefendants OPTOVUE CORPORATION,
JAY WEI and YONGHUA ZHAO

DONALD L. BARTELS  #65142
BRUCE E. COPELAND  #124888
GREGORY E. SCHOPF  #122826
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600
Telephone:    (415) 984-8200
Facsimile:    (415) 984-8300
dbartels@nixonpeabody.com
bcopeland@nixonpeabody.com
gschopf@nixonpeabody.com

Attorneys for Defendant and Counterclaimant
CARL ZEISS MEDITEC, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTOVUE CORPORATION, a California Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>CARL ZEISS MEDITEC, INC., a New York Corporation,<br><br>            Defendant. | Case No.   C 07-03010 CW<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR PRE-TRIAL DEADLINES AND ORDER THEREON AS MODIFIED**<br><br>The Honorable Claudia Wilken |
| AND RELATED COUNTERCLAIMS. | |

IT IS HEREBY STIPULATED by and between the parties herein, Carl Zeiss Meditec, Inc., Optovue Corporation, Jay Wei, and Yonghua Zhao, by and through their attorneys of records, and subject to the Order of the court, as follows:

1) The parties attended a mediation with Mark D. Petersen on April 22, 2008.

2) As part of that mediation, in a effort to further explore the possibility of informally resolving this matter, the parties, on Mr. Petersen's recommendation, have agreed to conduct focused discovery pertaining to specific source code issues and, once that discovery is completed, to participate in a follow up mediation session with Mr. Petersen on June 4, 2008, based on the findings of this limited discovery.

3) To facilitate this further mediation and to avoid the expense of unnecessary discovery and pre-trial preparation, the parties, on Mr. Petersen's recommendation, have agreed to extend pre-trial deadlines for approximately (60) days as follows:

4) The last day to disclose expert witnesses and reports, currently set at June 2, 2008, shall now be August 1, 2008.

5) The last day for rebuttal disclosure of identities and reports of expert witnesses, currently set at July 2, 2008, shall now be September 3, 2008.

6) The expert discovery cut-off, currently set at July 16, 2008 shall be September 17, 2008.

7) The last day for completion of fact discovery, currently set at July 16, 2008, shall

now be September 17, 2008.

8) The last day for all case-dispositive motions to be heard, currently set at September 18, 2008, shall now be November 13, 2008.

9) The final pre-trial conference, currently scheduled for November 18, 2008, shall now be January 13, 2009 or as soon thereafter as is convenient for the Court.

10) The trial, currently scheduled for December 1, 2008, shall now be February 18, 2009 or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

Dated: April 24, 2008

MORRISON & FOERSTER LLP

By /s/DIANA LUO
   JAMES POOLEY
   KIMBERLY N. VAN VOORHIS
   DIANA LUO
   KATHERINE NOLAN-STEVAUX

Attorneys for Plaintiff/Counterdefendants OPTOVUE CORPORATION, JAY WEI, AND YONGHUA ZHAO

Dated: April 24, 2008

NIXON PEABODY LLP

By /s/ GREGORY E. SCHOPF
   DONALD L. BARTELS
   BRUCE E. COPELAND
   GREGORY E. SCHOPF
   GREGG A. RUBENSTEIN

Attorneys for Defendant and Counterclaimant CARL ZEISS MEDITEC, INC.

Dated: April 24, 2008

FARELLA BRAUN & MARTEL LLP

By /s/ MARK D. PETERSEN
   Mark D. Petersen
   Mediator

STIPULATION TO FURTHER EXTEND
PRE-TRIAL DEADLINES -- C 07-03010 CW
pa-1250648

3

1  IT IS SO ORDERED, **EXCEPT THE PRETRIAL CONFERENCE WILL BE HELD ON FEBRUARY 3, 2009 AT 2:00 P.M. AND THE TRIAL WILL START ON FEBRUARY 23, 2009, AT 8:30 A.M.**

Dated: 4/25/08 _____   By: _____
                                              DISTRICT COURT JUDGE

STIPULATION TO FURTHER EXTEND
PRE-TRIAL DEADLINES -- C 07-03010 CW
pa-1250648

4

1 | <u>ATTESTATION</u>

2 | I, DIANA LUO, am the ECF User whose ID and password are being used to file this STIPULATION TO FURTHER EXTEND TIME FOR PRE-TRIAL DEADLINES AND ORDER THEREON.  In compliance with General Order 45, X.B., I hereby attest that GREGORY E. SCHOPF and MARK D. PETERSEN have concurred in this filing.

Dated: April 24, 2008                    MORRISON & FOERSTER LLP

                                         By:  /s/ DIANA LUO
                                              Diana Luo

                                         Attorneys for Plaintiff and
                                         Counterdefendants
                                         OPTOVUE CORPORATION, JAY
                                         WEI, AND YONGHUA ZHAO

STIPULATION TO FURTHER EXTEND
PRE-TRIAL DEADLINES -- C 07-03010 CW
pa-1250648

5