# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Optovue Corporation, | No. C 07-03010 CW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Carl Zeiss Meditec, Inc., | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) _April 22, 2008_

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☑ another session scheduled for (date) _June 4, 2008_
   ☑ phone discussions expected by (date) _June 1, 2008_
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES   ☑ NO

Dated: _25 April 2008_

**Mediator, Mark Petersen**
Farella, Braun & Martel LLP
235 Montgomery St., 17th Fl.
San Francisco, CA 94104