# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Optovue Corporation, | No. C 07-03010 CW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Carl Zeiss Meditec, Inc., | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __8 July 2008__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __10 July 2008__

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☐ YES   ☒ NO

Dated: __9 July 2008__   _____
Mediator, Mark Petersen
Farella, Braun & Martel LLP
235 Montgomery St., 17th Fl.
San Francisco, CA 94104

**Certification of ADR Session**
07-03010 CW MED