1  JAMES POOLEY (CA SBN 58041)
   KIMBERLY N. VAN VOORHIS (CA SBN 197486)
2  DIANA LUO (CA SBN 233712)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792
   JPooley@mofo.com
6  KVanvoorhis@mofo.com
   DLuo@mofo.com
7  KNolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION and
9  Counterdefendants OPTOVUE CORPORATION,
   JAY WEI and YONGHUA ZHAO
10
   DONALD L. BARTELS #65142
11 BRUCE E. COPELAND #124888
   GREGORY E. SCHOPF #122826
12 NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
13 San Francisco, CA 94111-3600
   Telephone: (415) 984-8200
14 Facsimile: (415) 984-8300
   dbartels@nixonpeabody.com
15 bcopeland@nixonpeabody.com
   gschopf@nixonpeabody.com
16
   Attorneys for Defendant and Counterclaimant
17 CARL ZEISS MEDITEC, INC

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                              OAKLAND DIVISION

21

22 OPTOVUE CORPORATION, a California        Case No.    C 07-03010 CW
   Corporation,
                                            **STIPULATION TO FURTHER
23              Plaintiff,                  EXTEND TIME FOR PRE-TRIAL
                                            DEADLINES AND ORDER
24         v.                               THEREON**

25 CARL ZEISS MEDITEC, INC., a New York
   Corporation,
26                                          The Honorable Claudia Wilken
                Defendant.
27
   AND RELATED COUNTERCLAIMS.
28

STIPULATION TO FURTHER EXTEND PRE-
TRIAL DATES -- CASE NO. C 07-03010 CW
pa-1250479

IT IS HEREBY STIPULATED by and between the parties herein, Carl Zeiss Meditec, Inc., Optovue Corporation, Jay Wei, and Yonghua Zhao, by and through their attorneys of records, and subject to the Order of the court, as follows:

1) The parties attended mediation sessions with Mark D. Petersen on April 22, 2008 and July 8, 2008.

2) As part of the mediation, in an effort to further explore the possibility of informally resolving this matter, the parties, on Mr. Petersen's recommendation, agreed to conduct focused discovery pertaining to specific source code issues and engage neutral experts to assist in evaluating the source code issues. The parties have agreed to participate in a follow-up mediation session with Mr. Petersen on August 18, 2008, if not earlier, after the neutral experts have reviewed pertinent information. Mr. Petersen and the parties believe that use of the neutral experts may facilitate settlement in a fashion better than continuing overall discovery and trial preparation. Thus, Mr. Petersen and the parties believe that good cause exists for modification to the existing trial pre-trial deadlines and trial date in order to maximize the potential for settlement by the parties.

3) Thus, to facilitate this further mediation and to avoid the expense of unnecessary discovery and pre-trial preparation, the parties, on Mr. Petersen's recommendation, have agreed to extend the trial date and pre-trial schedule as follows:

4) The last day to disclose expert witnesses and reports, currently set at August 1, 2008, shall now be October 1, 2008.

5) The last day for rebuttal disclosure of identities and reports of expert witnesses, currently set at September 3, 2008, shall now be November 3, 2008.

6) The expert discovery cut-off, currently set at September 17, 2008 shall be November 17, 2008.

7) The last day for completion of fact discovery, currently set at September 17, 2008, shall now be October 31, 2008.

8) The last day for all case-dispositive motions to be heard, currently set at November 13, 2008, shall now be December 8, 2009.

9) The final pre-trial conference, currently scheduled for February 3, 2009, shall now be March 3, 2009.

10) The trial, currently scheduled for February 23, 2008, shall now be March 23, 2009.

IT IS SO STIPULATED.

Dated: 7/15/08 _____

MORRISON & FOERSTER LLP

By  /s/ Kimberly N. Van Voorhis
    JAMES POOLEY
    KIMBERLY N. VAN VOORHIS
    DIANA LUO
    KATHERINE NOLAN-STEVAUX

Attorneys for Plaintiff/Counterdefendants
OPTOVUE CORPORATION, JAY WEI,
AND YONGHUA ZHAO

Dated: _____

NIXON PEABODY LLP

By _____
    DONALD L. BARTELS
    BRUCE E. COPELAND
    GREGORY E. SCHOPF
    GREGG A. RUBENSTEIN

Attorneys for Defendant and
Counterclaimant CARL ZEISS
MEDITEC, INC.

IT IS SO ORDERED.

Dated: _____

By: _____
    DISTRICT COURT JUDGE

STIPULATION TO FURTHER EXTEND PRE-
TRIAL DATES -- C 07-03010 CW
pa-1250479

3

6) The expert discovery cut-off, currently set at September 17, 2008 shall be November 17, 2008.

7) The last day for completion of fact discovery, currently set at September 17, 2008, shall now be October 31, 2008.

8) The last day for all case-dispositive motions to be heard, currently set at November 13, 2008, shall now be December 8, 2009.

9) The final pre-trial conference, currently scheduled for February 3, 2009, shall now be March 3, 2009.

10) The trial, currently scheduled for February 23, 2008, shall now be March 23, 2009.

IT IS SO STIPULATED.

Dated: _____

MORRISON & FOERSTER LLP

By_____
JAMES POOLEY
KIMBERLY N. VAN VOORHIS
DIANA LUO
KATHERINE NOLAN-STEVAUX

Attorneys for Plaintiff/Counterdefendants
OPTOVUE CORPORATION, JAY WEI,
AND YONGHUA ZHAO

Dated: 7-15-08

NIXON PEABODY LLP

By_____
DONALD L. BARTELS
BRUCE E. COPELAND
GREGORY E. SCHOPF
GREGG A. RUBENSTEIN

Attorneys for Defendant and
Counterclaimant CARL ZEISS
MEDITEC, INC.

IT IS SO ORDERED.

Dated: _____   By: _____
                                 DISTRICT COURT JUDGE

STIPULATION TO FURTHER EXTEND PRE-
TRIAL DATES -- C 07-03010 CW                    3
pa-1250479