1  JAMES POOLEY (CA SBN 58041)
   KIMBERLY N. VAN VOORHIS (CA SBN 197486)
2  DIANA LUO (CA SBN 233712)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792
   JPooley@mofo.com
6  KVanvoorhis@mofo.com
   DLuo@mofo.com
7  KNolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION and
9  Counterdefendants OPTOVUE CORPORATION,
   JAY WEI and YONGHUA ZHAO
10
   DONALD L. BARTELS #65142
11 BRUCE E. COPELAND #124888
   GREGORY E. SCHOPF #122826
12 NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
13 San Francisco, CA 94111-3600
   Telephone: (415) 984-8200
14 Facsimile: (415) 984-8300
   dbartels@nixonpeabody.com
15 bcopeland@nixonpeabody.com
   gschopf@nixonpeabody.com
16
   Attorneys for Defendant and Counterclaimant
17 CARL ZEISS MEDITEC, INC

18                   UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20                          OAKLAND DIVISION

21

| | |
|---|---|
| OPTOVUE CORPORATION, a California Corporation, | Case No.   C 07-03010 CW |
| Plaintiff, | **AMENDED STIPULATION TO FURTHER EXTEND TIME FOR PRE-TRIAL DEADLINES AND ORDER THEREON** |
| v. | |
| CARL ZEISS MEDITEC, INC., a New York Corporation, | |
| Defendant. | The Honorable Claudia Wilken |
| AND RELATED COUNTERCLAIMS. | |

IT IS HEREBY STIPULATED by and between the parties herein, Carl Zeiss Meditec, Inc., Optovue Corporation, Jay Wei, and Yonghua Zhao, by and through their attorneys of records, and subject to the Order of the court, as follows:

1) The parties attended mediation sessions with Mark D. Petersen on April 22, 2008 and July 8, 2008.

2) As part of the mediation, in an effort to further explore the possibility of informally resolving this matter, the parties, on Mr. Petersen's recommendation, agreed to conduct focused discovery pertaining to specific source code issues and engage neutral experts to assist in evaluating the source code issues. The parties have agreed to participate in a follow-up mediation session with Mr. Petersen on August 18, 2008, if not earlier, after the neutral experts have reviewed pertinent information. Mr. Petersen and the parties believe that use of the neutral experts may facilitate settlement in a fashion better than continuing overall discovery and trial preparation. Thus, Mr. Petersen and the parties believe that good cause exists for modification to the existing trial pre-trial deadlines and trial date in order to maximize the potential for settlement by the parties.

3) Thus, to facilitate this further mediation and to avoid the expense of unnecessary discovery and pre-trial preparation, the parties, on Mr. Petersen's recommendation, have agreed to extend the trial date and pre-trial schedule as follows:

4) The last day to disclose expert witnesses and reports, currently set at August 1, 2008, shall now be October 1, 2008.

5) The last day for rebuttal disclosure of identities and reports of expert witnesses, currently set at September 3, 2008, shall now be November 3, 2008.

6) The expert discovery cut-off, currently set at September 17, 2008 shall be November 17, 2008.

7) The last day for completion of fact discovery, currently set at September 17, 2008, shall now be October 31, 2008.

8) The last day for all case-dispositive motions to be heard, currently set at November 13, 2008, shall now be December 11, 2008.[1]

9) The final pre-trial conference, currently scheduled for February 3, 2009, shall now be March 3, 2009.

10) The trial, currently scheduled for February 23, 2009, shall now be March 23, 2009.

IT IS SO STIPULATED.

Dated: __7/18/08_____      Dated: __7/18/08_____

MORRISON & FOERSTER LLP                    NIXON PEABODY LLP

By__/s/ Kimberly N. Van Voorhis_____     By__/s/ Gregory E. Schopf____
   JAMES POOLEY                              DONALD L. BARTELS
   KIMBERLY N. VAN VOORHIS                   BRUCE E. COPELAND
   DIANA LUO                                 GREGORY E. SCHOPF
   KATHERINE NOLAN-STEVAUX                   GREGG A. RUBENSTEIN

Attorneys for Plaintiff/Counterdefendants   Attorneys for Defendant and
OPTOVUE CORPORATION, JAY WEI,               Counterclaimant CARL ZEISS
AND YONGHUA ZHAO                            MEDITEC, INC.

IT IS SO ORDERED.

Dated: _____   By: _____
                                                     DISTRICT COURT JUDGE

---

[1] Should either party notice the hearing on a case-dispositive motion on December 11, 2008, the parties agree to follow an earlier briefing schedule, calculated in accordance with a December 4, 2008 hearing date.

AMENDED STIPULATION TO FURTHER EXTEND
PRE-TRIAL DATES -- C 07-03010 CW
pa-1270003

3

ATTESTATION

I, Kimberly Van Voorhis, am the ECF User whose ID and password are being used to file this AMENDED STIPULATION TO FURTHER EXTEND TIME FOR PRE-TRIAL DEADLINES AND ORDER THEREON. In compliance with General Order 45, X.B., I hereby attest that Gregory Schopf has concurred in this filing.

DATED: July 18, 2008            By: /s/ Kimberly Van Voorhis
                                     KIMBERLY N. VAN VOORHIS

                                     Attorneys for Plaintiff/Counterdefendants
                                     OPTOVUE CORPORATION, JAY WEI, AND
                                     YONGHUA ZHAO