| | |
|---|---|
| 1 | JAMES POOLEY (CA SBN 58041) |
| | SCOTT OLIVER (CA SBN 174824) |
| 2 | DIANA LUO (CA SBN 233712) |
| | KATHERINE NOLAN-STEVAUX (CA SBN 244950) |
| 3 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 4 | Palo Alto, California  94304-1018 |
| | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
| | JPooley@mofo.com |
| 6 | SOliver@mofo.com |
| | DLuo@mofo.com |
| 7 | KNolanstevaux@mofo.com |
| 8 | Attorneys for Plaintiff |
| | OPTOVUE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTOVUE CORPORATION, a California Corporation, | Case No.   C 07-03010 CW |
| Plaintiff, | **OPTOVUE CORPORATION'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| CARL ZEISS MEDITEC, INC., a New York Corporation, | Date:    September 4, 2008<br>Time:   2:00 p.m.<br>Ctrm:   2 – 4th Floor |
| Defendant. | The Honorable Claudia Wilken |
| CARL ZEISS MEDITEC, INC., | |
| Counterclaimant, | |
| v. | |
| OPTOVUE CORPORATION, INC.; JAY WEI, and individual, and YONGHUA ZHAO, an individual, | |
| Counterdefendants. | |

OPTOVUE'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 07-03010 CW
pa-1273511

1  Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11,
2  and 79-5(d), Optovue Corporation ("Optovue") hereby requests permission to file Exhibits B
3  and D to the Declaration of Diana Luo in Support of Optovue Corporation's Motion to Compel
4  Lab Notebooks and Computer Source Code ("Luo Decl.") under seal.

5  Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document
6  may be obtained when it is established that the document in question contains information that
7  is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

8  Exhibit A to the Luo Decl. consists of excerpts from CZM employee's lab notebooks as
9  well as emails, which Carl Zeiss Meditec, Inc. ("CZM") believes to constitute some of the trade
10 secrets at issue in this case.  These documents have been designated under the Protective Order
11 as "Highly Confidential—Attorneys' Eyes Only."

12 Exhibit C to the Luo Decl. consists of excerpts from Jay Wei's deposition, which CZM
13 may consider to be its trade secret information, as it describes in part the internal workings of
14 CZM.  The entire transcript of Mr. Wei's deposition has been designated as "Highly
15 Confidential—Attorneys' Eyes Only."

16 For the reasons stated above, Optovue respectfully requests that the Court grant its
17 Administrative Request to File Documents Under Seal.

19 Dated:  July 31, 2008        JAMES POOLEY
                                SCOTT OLIVER
20                              DIANA LUO
                                KATHERINE NOLAN-STEVAUX

                                MORRISON & FOERSTER LLP

                                By:    /s/ Diana Luo
                                       DIANA LUO
                                       DLuo@mofo.com

                                Attorneys for Plaintiff
                                OPTOVUE CORPORATION and
                                Counterdefendants OPTOVUE
                                CORPORATION, INC.; JAY WEI
                                and YONGHUA ZHAO

OPTOVUE'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL                    1
CASE NO. C 07-03010 CW
pa-1273511