1  JAMES POOLEY (CA SBN 58041)
   SCOTT OLIVER (CA SBN 174824)
2  DIANA LUO (CA SBN 233712)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792
   JPooley@mofo.com
6  SOliver@mofo.com
   DLuo@mofo.com
7  KNolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13

| | |
|---|---|
| 14 OPTOVUE CORPORATION, a California Corporation, | Case No.   C 07-03010 CW |
| 15             Plaintiff, | **[PROPOSED] ORDER GRANTING OPTOVUE'S MOTION TO COMPEL LAB NOTEBOOKS AND COMPUTER SOURCE CODE** |
| 16      v. | |
| 17 CARL ZEISS MEDITEC, INC., a New York Corporation, | Date:   September 4, 2008<br>Time:   2:00 p.m.<br>Ctrm:   2 – 4th Floor |
| 18 | |
| 19             Defendant. | The Honorable Claudia Wilken |
| 20 | |
| 21 CARL ZEISS MEDITEC, INC., | |
| 22             Counterclaimant, | |
| 23      v. | |
| 24 OPTOVUE CORPORATION, INC.; JAY WEI, and individual, and YONGHUA ZHAO, an individual, | |
| 25 | |
| 26             Counterdefendants. | |

27
28

[PROPOSED] ORDER GRANTING OPTOVUE'S MOTION TO COMPEL LAB NOTEBOOKS AND SOURCE CODE
CASE NO. C 07-03010 CW
pa-1273509

1  Upon consideration of Optovue's Motion to Compel Lab Notebooks and Computer
2  Source Code, CZM's Opposition to Optovue's Motion to Compel, and Optovue's Reply Brief in
3  support of its motion, the Court having reviewed the complaint, pleadings, moving papers and
4  declarations submitted by the parties, ORDERS that:
5      (1) CZM must produce the original lab notebooks from which pages CZMI 1-14 were
6  taken and a full copy of set of the notebooks; and
7      (2) CZM must produce copies of all its commercial OCT source code, including all
8  revisions, from 2001 to the present.
9      Therefore, the Court GRANTS Optovue's Motion to Compel.

11  IT IS SO ORDERED,
12  Dated: _____, 2008
13                                       The Honorable Claudia Wilken