JAMES POOLEY (CA SBN 58041)
SCOTT OLIVER (CA SBN 174824)
DIANA LUO (CA SBN 233712)
KATHERINE NOLAN-STEVAUX (CA SBN 244950)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
JPooley@mofo.com
SOliver@mofo.com
DLuo@mofo.com
KNolanstevaux@mofo.com

Attorneys for Plaintiff
OPTOVUE CORPORATION and
Counterdefendants OPTOVUE CORPORATION,
JAY WEI and YONGHUA ZHAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTOVUE CORPORATION, a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CARL ZEISS MEDITEC, INC., a New York Corporation,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.   C 07-03010 CW<br><br>**DECLARATION OF KIMBERLY VAN VOORHIS IN SUPPORT OF OPTOVUE'S MOTION TO COMPEL PRODUCTION OF LAB NOTEBOOKS AND COMPUTER SOURCE CODE**<br><br>Date:　September 4, 2008<br>Time:　2:00 p.m.<br>Ctrm:　2 – 4th Floor<br><br>The Honorable Claudia Wilken |

VAN VOORHIS DECL. ISO OPTOVUE'S MOTION TO COMPEL
CASE NO. C 07-03010
pa-1273417

1       I, Kimberly Van Voorhis, declare and state as follows:

2       I am an attorney in the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Optovue Corporation ("Optovue") in the above-referenced matter. I have personal knowledge of all the facts contained herein and, if called to testify, could and would competently testify thereto.

      1.    On March 3, 2008, Gregg Rubenstein and I spoke regarding outstanding discovery issues in the case. During that discussion, I informed Mr. Rubenstein that Optovue needed to view the fourteen pages from the produced lab notebooks in their original context and requested that CZM produce the full set of lab notebooks from which the excerpts were taken.

      2.    During the mediation process, in an effort to prevent an unnecessary expenditure of resources, the parties agreed to stay all outstanding discovery, with the exception of discovery relating to the origin of certain source code written by Dr. Zhao. The parties agreed that responses to all outstanding discovery would be due on July 18th.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on July 31, 2008 at Palo Alto, California.

                                    /s/ Kimberly Van Voorhis
                                      Kimberly Van Voorhis

## ATTESTATION

I, Diana Luo, am the ECF User whose ID and password are being used to file this DECLARATION OF KIMBERLY VAN VOORHIS IN SUPPORT OF OPTOVUE'S MOTION TO COMPEL PRODUCTION OF LAB NOTEBOOKS AND COMPUTER SOURCE CODE. In compliance with General Order 45, X.B., I hereby attest that Kimberly Van Voorhis has concurred in this filing.

                                  /s/ Diana Luo
                                  Diana Luo