JAMES POOLEY (CA SBN 58041)
SCOTT OLIVER (CA SBN 174824)
DIANA LUO (CA SBN 233712)
KATHERINE NOLAN-STEVAUX (CA SBN 244950)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
JPooley@mofo.com
SOliver@mofo.com
DLuo@mofo.com
KNolanstevaux@mofo.com

Attorneys for Plaintiff
OPTOVUE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTOVUE CORPORATION, a California Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>CARL ZEISS MEDITEC, INC., a New York Corporation,<br><br>          Defendant. | Case No.   C 07-03010 CW<br><br>**DECLARATION OF DIANA LUO IN SUPPORT OF OPTOVUE CORPORATION'S MOTION TO COMPEL LAB NOTEBOOKS AND COMPUTER SOURCE CODE**<br><br>Date:   September 4, 2008<br>Time:   2:00 p.m.<br>Ctrm:   2 – 4th Floor<br><br>The Honorable Claudia Wilken |
| CARL ZEISS MEDITEC, INC.,<br><br>          Counterclaimant,<br><br>     v.<br><br>OPTOVUE CORPORATION, INC.; JAY WEI, and individual, and YONGHUA ZHAO, an individual,<br><br>          Counterdefendants. | |

LUO DECL. ISO OPTOVUE'S MOTION TO COMPEL
CASE NO. C 07-03010 CW
pa-1182407

I, Diana Luo, declare and state as follows:

I am an attorney in the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Optovue Corporation ("Optovue") in the above-referenced matter. I have personal knowledge of all the facts contained herein and, if called to testify, could and would competently testify thereto.

1. Attached hereto as Exhibit A is a true and correct copy of CZM's Responses to Optovue's Second Set of Interrogatories, served on February 12, 2008, and documents served in response to Optovue's Interrogatory No. 8, bearing Bates numbers CZMI 1-19. **FILED UNDER SEAL.**

2. Attached hereto as Exhibit B is a true and correct copy of a letter dated March 4, 2008 from Kimberly Van Voorhis to Gregg Rubenstein regarding discovery.

3. Attached hereto as Exhibit C is a true and correct copy of excerpts from the April 1, 2008 deposition of Jay Wei. **FILED UNDER SEAL.**

4. Attached hereto as Exhibit D is a true and correct copy of a letter dated April 9, 2008 from Katherine Nolan-Stevaux to Gregg Rubenstein regarding production of lab notebooks.

5. Attached hereto as Exhibit E is a true and correct copy of CZM's Responses to Optovue's 1st Set of Requests for Production ("RFPs"), served on November 13, 2007.

6. Attached hereto as Exhibit F is a true and correct copy of a letter from Gregg Rubenstein to Katherine Nolan-Stevaux, dated March 28, 2008.

7. Attached hereto as Exhibit G is a true and correct copy of a letter from Katherine Nolan-Stevaux to Erin Adrian, dated July 21, 2008.

8. Attached hereto as Exhibit H is a true and correct copy of a letter from Erin Adrian to Katherine Nolan-Stevaux, dated July 22, 2008.

9. Attached hereto as Exhibit I is a true and correct copy of a letter from Erin Adrian to Kim Van Voorhis, dated March 3, 2008.

10. Attached hereto as Exhibit J is a true and correct copy of CZM's Second Set of RFPs, served on March 3, 2008.

1    11. Attached hereto as Exhibit K is a true and correct copy of a letter from Katherine
2  Nolan-Stevaux to Gregg Rubenstein, dated March 26, 2008.

3    12. Attached hereto as Exhibit L is a true and correct copy of a letter dated March 31,
4  2008 from Erin Adrian to Katherine Nolan-Stevaux producing source code.

5    13. Attached hereto as Exhibit M is a true and correct copy of a letter from Erin Adrian to
6  Katherine Nolan-Stevaux, dated April 10, 2008.

7    14. Attached hereto as Exhibit N is a true and correct copy of CZM's Responses to
8  Optovue's Second Set of RFPs, served on July 18, 2008.

9    15. Attached hereto as Exhibit O is a true and correct copy of an email from Katherine
10 Nolan-Stevaux to Erin Adrian, dated July 30, 2008, 3:19 p.m.

11   16. Attached hereto as Exhibit P is a true and correct copy of an email from Erin Adrian to
12 Katherine Nolan-Stevaux, dated July 31, 2008, 1:03 p.m.

13   17. Attached hereto as Exhibit Q is a true and correct copy of an email from Erin Adrian
14 to Katherine Nolan-Stevaux, dated July 30, 2008, 1:57 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2008 at Palo Alto, California.

                /s/ Diana Luo
                DIANA LUO