1  JAMES POOLEY (CA SBN 58041)
   SCOTT OLIVER (CA SBN 174824)
2  DIANA LUO (CA SBN 233712)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792
   JPooley@mofo.com
6  SOliver@mofo.com
   DLuo@mofo.com
7  KNolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION and
9  Counterdefendants OPTOVUE CORPORATION,
   JAY WEI and YONGHUA ZHAO
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15 | OPTOVUE CORPORATION, a California Corporation, | Case No.   C 07-03010 CW
16 | Plaintiff, | **MANUAL FILING NOTIFICATION**
17 | v. | **EXHIBIT A: RESPONSE TO INTERROGATORY NO. 8 AND ATTACHED RELATED DISCLOSURES**
18 | CARL ZEISS MEDITEC, INC., a New York Corporation, |
19 | |
20 | Defendant. |
21 | |
22 | CARL ZEISS MEDITEC, INC., |
23 | Counterclaimant, |
24 | v. |
25 | OPTOVUE CORPORATION, INC.; JAY WEI, and individual, and YONGHUA ZHAO, an individual, |
26 | |
27 | Counterdefendants. |
28

MANUAL FILING NOTIFICATION: EXH. A
Case No. C 07-03010 Cw
pa-1273736

## MANUAL FILING NOTIFICATION

<u>Regarding:</u>   EXHIBIT A to the DECLARATION OF DIANA LUO.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reasons:

X     Item Under Seal.

Dated: July 31, 2008         JAMES POOLEY
                             SCOTT OLIVER
                             DIANA LUO
                             KATHERINE NOLAN-STEVAUX

                             MORRISON & FOERSTER LLP


                             By:   /s/ Diana Luo
                                   DIANA LUO
                                   DLuo@mofo.com

                                   Attorneys for Plaintiff
                                   OPTOVUE CORPORATION and
                                   Counterdefendants OPTOVUE
                                   CORPORATION, INC.; JAY WEI;
                                   and YONGHUA ZHAO