**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

March 4, 2008

Writer's Direct Contact
650.813.4262
KVanVoorhis@mofo.com

*VIA FACSIMILE AND U.S. MAIL*

Gregg A. Rubenstein, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

Re:   *Optovue Corporation v. Carl Zeiss Meditec, Inc.*

Dear Gregg,

I'm writing to follow up on our discussion yesterday regarding discovery in the above-referenced matter.

You indicated that you were in the process of confirming the scope of CZM's trade secrets at issue and expected to have an answer promptly so that we could discuss a mutually acceptable production plan. Please let me know if you have any updates here. You also mentioned that you have a word document summarizing the discussions between CZM and Dr. Huang and his lab regarding the RTVue database 1.1.4.3 and other files and that you would produce this as well.

Separate from our discussions, I note that CZM has not produced any documents (notebooks or emails) from Yonghua Zhao that you claim to be CZM confidential property/trade secrets at issue in this case. If such documents exist and you plan to use them at Mr. Zhao's deposition, please produce them no later than Thursday, March 6th. Similarly, if there are documents that you plan to discuss with Mr. Wei that have not been produced, please produce those by Thursday as well.

Also, the emails produced at Bates Nos. CZMI 000015-19 appear to be out of order and incomplete. For example, the document at Bates No. CZMI 000015 appears to be an excerpt from a larger document and has no date. Another email at Bates No. CZMI 000016 appears to continue on to another page, but it is unclear whether that page has been produced. Would you please produce the complete versions of these emails in their native format?

pa-1238962

Luo Decl. Ex. B

**MORRISON | FOERSTER**

Gregg A. Rubenstein, Esq.
March 4, 2008
Page Two

Aside from issues regarding production of source code and lab notebooks, which we hope to resolve once we have a solid understanding of CZM's alleged trade secrets at issue, please let me know if there are any other documents or categories of documents that you believe have not been produced and that you believe are necessary for a productive mediation on the 20th.

Thanks for your attention to these matters and please do not hesitate to call me if you have any questions.

Very truly yours,

*Kimberly N. Van Voorhis*

Kimberly N. Van Voorhis

pa-1238962

Luo Decl. Ex. B