1  JAMES POOLEY (CA SBN 58041)
   SCOTT OLIVER (CA SBN 174824)
2  DIANA LUO (CA SBN 233712)
   KATHERINE NOLAN-STEVAUX (CA SBN 244950)
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792
   JPooley@mofo.com
6  SOliver@mofo.com
   DLuo@mofo.com
7  KNolanstevaux@mofo.com

8  Attorneys for Plaintiff
   OPTOVUE CORPORATION and
9  Counterdefendants OPTOVUE CORPORATION,
   JAY WEI and YONGHUA ZHAO
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   OAKLAND DIVISION

14

| | |
|---|---|
| 15  OPTOVUE CORPORATION, a California Corporation, | Case No.    C 07-03010 CW |
| 16          Plaintiff, | **MANUAL FILING NOTIFICATION** |
| 17  v. | **EXHIBIT C: EXCERPTS OF JAY WEI'S APRIL 1, 2008 DEPOSITION** |
| 18  CARL ZEISS MEDITEC, INC., a New York Corporation, | |
| 19 | |
| 20          Defendant. | |
| 21  CARL ZEISS MEDITEC, INC., | |
| 22          Counterclaimant, | |
| 23  v. | |
| 24  OPTOVUE CORPORATION, INC.; JAY WEI, and individual, and YONGHUA ZHAO, an individual, | |
| 25 | |
| 26          Counterdefendants. | |
| 27 | |

28

MANUAL FILING NOTIFICATION: EXH. C
Case No. C 07-03010 Cw
pa-1273738

## MANUAL FILING NOTIFICATION

Regarding:    EXHIBIT C to the DECLARATION OF DIANA LUO.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reasons:

X     Item Under Seal.


Dated:  July 31, 2008                    JAMES POOLEY
                                        SCOTT OLIVER
                                        DIANA LUO
                                        KATHERINE NOLAN-STEVAUX

                                        MORRISON & FOERSTER LLP


                                    By:    /s/ Diana Luo
                                        DIANA LUO
                                        DLuo@mofo.com

                                        Attorneys for Plaintiff
                                        OPTOVUE CORPORATION and
                                        Counterdefendants OPTOVUE
                                        CORPORATION, INC.; JAY WEI;
                                        and YONGHUA ZHAO