**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

Writer's Direct Contact
650.813.5822
KNolanStevaux@mofo.com

April 9, 2008

*Via Facsimile and Email*

Gregg A. Rubenstein, Esq.
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

Re:   *Optovue v. Carl Zeiss Meditec*

Dear Gregg,

I write to follow up on Kim Van Voorhis's letter dated March 4th as well as Jim Pooley's requests made during the deposition of Mr. Wei to produce the original lab notebooks in their entirety.

The isolated sampling of pages produced to date lack sufficient context. For example, from the printed page numbers and dates on the pages, it is clear that the pages come from several different notebooks created by several different individuals. Optovue has already been prejudiced by its inability to determine the relationships, if any, between the produced pages. Please provide copies of each of the covers, table of contents or any other indexing contained in each notebook, as well as pages surrounding the pages already produced. All of this information is accessible to CZMI and is not burdensome to produce.

In addition, Optovue has yet to receive color copies of the emails produced at CZMI 15-19 or the attachment on CZMI 19. It was my understanding based on our conversation last week that these documents would be forthcoming. Please let us know when we may expect them.

Very truly yours,

Katherine Nolan-Stevaux

pa-1245761

Luo Decl. Ex. D