# NIXON PEABODY LLP

Attorneys at Law

One Embarcadero Center
18th Floor
San Francisco, California 94111-3600
(415) 984-8200

Fax: (415) 984-8300

**PRIVILEGE AND CONFIDENTIALITY NOTICE**
The information in this fax is intended for the named recipients only. It contains privileged and confidential matter. If you have received this fax in error, please notify us immediately by a collect telephone call to (415) 984-8200 and return the original to the sender by mail. We will reimburse you for postage. Do not disclose the contents to anyone. Thank you.

# FAX

**Date:** March 3, 2008

**To:** Katherine Nolan-Stevaux

**From:** Erin M. Adrian

**Message:**

**Pages (including cover):** 24

**Fax:** 650-494-0792      **Ph:** 650-813-5600

Page 4

---

**Client/Matter:** 033750.10      **User No.:** 2839      **Disbursement Amount:** $



# NIXON PEABODY LLP
### ATTORNEYS AT LAW

One Embarcadero Center
18th Floor
San Francisco, California 94111-3600
(415) 984-8200
Fax: (415) 984-8300

Erin M. Adrian
Direct Dial: (415) 984-8231
E-Mail: eadrian@nixonpeabody.com

March 3, 2008

**VIA FACSIMILE AND U.S. MAIL**

Katherine Nolan-Stevaux
Morrison Forester
755 Page Mill Road
Palo Alto, CA 94304-1018

      Re:    Optovue v. Carl Zeiss Meditec

Dear Ms. Nolan-Stevaux:

      We write to address discovery efforts that must be completed prior to the depositions of Yonghua Zhao and Jay Wei and the mediation currently scheduled for March 20, 2008 to help ensure that these activities are productive and meaningful.

      To date, we have received hard copies of a limited amount of computer source code. This is not sufficient to allow us to prepare for the upcoming depositions and mediation. We require the entire source code for the first version of RTVue and Optovue's other prototype devices and believe our Document Request No. 15 encompasses these documents. Should you disagree about the scope of Request No. 15, please find enclosed an additional and more specific set of document requests. Furthermore, we require the source code in electronic format for analysis by our expert. Please note that the provision of source code by electronic means has always been contemplated and is indeed specifically covered by Section 20 of the Stipulated Protective Order. Also, we must receive the source code sufficiently in advance of the depositions and mediation to make both events productive.

      Pursuant to Paragraph 9(A) of the Stipulated Protective Order, please find enclosed the *curriculum vitae* of proposed consultant Bob Zeidman and his assistant, Nik Baer. We will forward copies of the Confidentiality Agreement executed by Mr. Zeidman and Mr. Baer as sson as we receive them. Please advise at your earliest convenience, and in any event within five days

10917722.1

Luo Decl. Ex. J

Katherine Nolan-Stevaux
March 3, 2008
Page

pursuant to the terms of the Stipulated Protective Order, whether Optovue objects to
Mr. Zeidman.

Please do not hesitate to contact me if you have any questions.  Thank you for your
courtesy and cooperation in this matter.

Very truly yours,
NIXON PEABODY LLP

Erin M. Adrian

Cc:    Bruce E. Copeland
       Donald L. Bartels
       Gregory E. Schopf
       Gregg A. Rubenstein

10917722.1

Luo Decl. Ex. J

1  DONALD L. BARTELS, State Bar No. 65142
   dbartels@nixonpeabody.com
2  BRUCE E. COPELAND, State Bar No. 124888
   bcopeland@nixonpeabody.com
3  GREGORY E. SCHOPF, State Bar No. 122862

4  ERIN M. ADRIAN, State Bar No. 228718
   eadrian@nixonpeabody.com
5  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
6  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
7  Fax:  (415) 984-8300

8  GREGG A. RUBENSTEIN (*pro hac vice*)
   NIXON PEABODY LLP
9  100 Summer Street
   Boston, Massachusetts, 02110
10 Telephone: (617) 345-1000
   Fax: (617) 345-1300

11
   Attorneys for Defendant/Counterclaimant:
12 CARL ZEISS MEDITEC, INC.

13

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 OPTOVUE CORPORATION,                    Case No. C 07-03010 CW

19                 Plaintiff,
                                           **CARL ZEISS MEDITEC, INC.'S**
20      vs.                                **SECOND REQUEST FOR**
                                           **PRODUCTION OF DOCUMENTS**
21 CARL ZEISS MEDITEC, INC.,               **PROPOUNDED TO OPTOVUE CORP.**

                   Defendant.
22
   ─────────────────────────────
23 CARL ZEISS MEDITEC, INC.,

24                 Counterclaimant,

25      vs.

26 OPTOVUE CORPORATION, INC.; JAY WEI, an
   individual, and YONGHUA ZHAO, an individual,
27
                   Counterdefendants.
28 ─────────────────────────────

10742678.2

PROPOUNDING PARTY:     DEFENDANT/COUNTERCLAIMANT/THIRD PARTY
                       PLAINTIFF CARL ZEISS MEDITEC, INC.

RESPONDING PARTIES:    PLAINTIFF/COUNTERDEFENDANT OPTOVUE CORP.
SET NUMBER:            TWO

Defendant/Counterclaimant/Third-Party Plaintiff Carl Zeiss Meditec, Inc. ("CZMI") hereby requests, pursuant to Fed. R. Civ. P. 34, that Plaintiff/Counterdefendant Optovue, Inc. respond to the requests for production of documents below within thirty (30) days of service, in accordance with the following definitions and instructions.

### DEFINITIONS AND INSTRUCTIONS

1.      Communication. The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise), including, but not limited to, e-mail communication.

2.      Document. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34. A draft or non-identical copy is a separate document within the meaning of this term.

3.      Parties. The terms "plaintiff," "defendant" and "third party defendant" as well as a party's full or abbreviated name or a pronoun referring to a party mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries, or affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

4.      Person. The term "person" is defined as any natural person or any business, legal, or governmental entity or association or unincorporated association.

5.      Concerning. The term "concerning" means referring to, describing, evidencing, or constituting.

6.      The term "CZMI" refers to Carl Zeiss Meditec, Inc. and its respective predecessor and successor entities, and their respective parent, sibling or otherwise related corporate entities and includes, without implication of limitation, any of their agents, servants, attorneys or employees.

Luo Decl. Ex. J

7.     The term "Optovue" refers to Optovue, Inc. and its respective predecessor and successor entities, and their respective parent, sibling or otherwise related corporate entities and includes, without implication of limitation, any of their agents, servants, attorneys or employees.

8.     The term "Zhao" refers to Yonghua Zhao.

9.     The term "Wei" refers to Jay Wei.

10.     All documents as to which you claim privilege or statutory authority as a ground for non-production shall be identified as follows:  (a) date, (b) title, (c) type of document (e.g., memorandum, report, chart, etc.), (d) subject matter (without revealing the information as to which privilege or statutory authority is claimed), and (e) factual and legal basis for claim privileges or specific statutory authority which provides the claimed ground for non production.

11.     These requests seek all documents within your possession, custody or control.  If documents are not in your possession but are available to you (e.g., records maintained by your attorneys, other agents or former employers/contractors/ end clients), you are required to obtain such documents for production.

12.     If a document responsive to any of the requests set forth in this Second Request for Documents was at one time in your possession, custody or control, but is not available to be produced in response to that request, please identify each such document and state the basis for its unavailability and its last known location.

13.     If you maintain that any responsive document has been destroyed, identify the document and state the date of destruction, the reasons, and by whom the document was destroyed.

14.     All responses and documents should be served upon Bruce E. Copeland, Esq., Nixon Peabody LLP, One Embarcadero Center, 18th Floor San Francisco, California 94111-3600.

## DOCUMENT REQUESTS

24.     All computer source code, in electronic form, relating to the first version of Optovue's RTVue device.

Luo Decl. Ex. J

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

25.    All computer source code, in electronic form, relating to any Optovue prototype device developed from the date of Optovue's inception through April 2005, including, but not limited to, Optovue's prototype corneal surface scanning device.

26.    All documents referring to or concerning the computer source code of the first version of Optovue's RTVue device.

27.    All documents referring to or concerning the computer source code of any Optovue prototype device developed from the date of Optovue's inception through April 2005, including, but not limited to, Optovue's prototype corneal surface scanning device.

Respectfully submitted,

DATED:  March 3, 2008

NIXON PEABODY LLP

By: _____

DONALD L. BARTELS
BRUCE E. COPELAND
GREGORY E. SCHOPF
ERIN M. ADRIAN
GREGG A. RUBENSTEIN, *Pro Hac Vice*
Attorneys for Defendant/Counterclaimant
CARL ZEISS MEDITEC, INC.

SECOND REQUEST FOR PRODUCTION OF DOCUMENTS;
CASE NO. C 07-03010 CW

10742678.1

## PROOF OF SERVICE

1

**CASE NAME:** *Optovue Corp. v. Carl Zeiss Meditec, Inc.*
**COURT:**          **United States District Court – Northern District of California – Oakland**

2

**CASE NO.:**       **C 07-03010 CW**
**NP FILE:**         **033750-10**

3

4      I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, One Embarcadero Center, Suite 2700, San Francisco, CA

5      94111-3600.

6      On **March 3, 2008,** I served the following document(s):

7          • **CARL ZEISS MEDITEC, INC.'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO OPTOVUE CORP.**

8

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed

9      envelopes addressed as shown below by the following means of service:

10      __X__ :   By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with

11      the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, CA, for mailing to the office of the addressee following ordinary business practices.

12

___ :   By Personal Service — I caused each such envelope to be given to a courier messenger to

13      personally deliver to the office of the addressee.

14      ___ :   By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

15

__X__ :   By Facsimile — From facsimile number 415-984-8300, I caused each such document to be

16      transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

17      Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

18

___ :   By Electronic Delivery - I caused each such electronic copy to be sent from the offices of

19      Nixon Peabody, San Francisco, California to the electronic mailing address of the addressee(s).

20      **Addressee(s)**

21      **See Attached Service List of Attorneys of Record**

22      I declare under penalty of perjury that the foregoing is true and correct.  Executed on **March 3, 2008,** at San Francisco, California.

23

24                                                                  _____

25                                                                          Carolyn Wilson

26

27

28

PROOF OF SERVICE                                                                           10637883.1

Attorneys of Record – Service List
*Optovue Corp. v. Carl Zeiss Meditec, Inc.*
USDC N.D. Case No. C 07-03010 CW

1

2

**Attorneys for Plaintiff/Counter-Defendant**
**OPTOVUE CORPORATION and Counter-**
3    **Defendants JAY WEI and YONGHUA**
**ZHAO:**

4

Kathleen Nolan-Stevaux, Esq.
5    MORRISON & FOERSTER LLP
755 Page Mill Road
6    Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
7    Fax: (650) 494-0792

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# *Bob Zeidman*



15565 Swiss Creek Lane
Cupertino, Ca 95014
Tel (408) 741-5809
Fax (408) 741-5231
Email Bob@ZeidmanConsulting.com
Website www.ZeidmanConsulting.com

## PROFESSIONAL SUMMARY:

Bob Zeidman has recent management experience in the founding and daily operation of an Internet e-learning company and an embedded systems EDA company as well as hands-on experience analyzing and designing hardware and software. Mr. Zeidman is considered a pioneer in the fields of analyzing and synthesizing software source code. Mr. Zeidman is also considered one of the leading experts in the Verilog hardware description language as well as ASIC and FPGA design. He has written several engineering texts and regularly teaches courses in these areas at conferences throughout the world. Mr. Zeidman is also an experienced and well-regarded expert in intellectual property disputes related to microprocessor design, networking, software source code, and other technologies.

## EXPERIENCE:

10/1987 - present: Zeidman Consulting
- Company founder and president.
- Contract research and development.

8/2007 - present: Software Analysis and Forensic Engineering Corporation
- Company founder and president.
- Software development and sales.
- Wrote patent-pending CodeMatch®, CodeDiff®, BitMatch™, and CodeSuite® software for efficiently finding correlation between source code files of different programs. CodeMatch has been used to find plagiarism and trade secret theft.

1/2002 - present: Zeidman Technologies
- Company founder and president.
- Software tools for embedded software development.
- Wrote patented SynthOS™ software, which synthesizes source code for a real time operating system.
- Wrote patented Molasses® software, which enables a slow speed hardware emulator or prototype to be attached to a high-speed network in order to emulate network hardware in a live system.

1/2003 - present: Semizone.com
- Web-based training for engineers.
- Advisor on issues relating to e-learning content, development, presentation, and delivery.

1/1999 - 12/2002: The Chalkboard Network
- Company founder and President.
- Web-based training for engineers and business professionals.
- Developed Depth Control®, a unique instructional design methodology for Web-based training.

– 1 –

Luo Decl. Ex. J

1/1997 - 12/1997: Apple Computer

7/1995 - 9/1995
- Firmware development for a multimedia projection system.
- Firmware development for the Apple Studio Display, an advanced flat panel monitor.

7/1996 - 12/1996: Hitachi Computer Products (America)
- Helped define an architecture and functional specification for an ATM switch.

10/1995 - 6/1996: Cisco Systems

3/1995 - 10/1995

10/1994 - 1/1995
- Wrote Verilog behavioral models and developed a Verilog simulation environment for a 10baseT switch.
- Performed schematic capture, Verilog design, and simulation of an FDDI hub.
- Performed schematic capture, Verilog design, and simulation of an ATM router.

1/1992 - 4/1999: eVAULT Remote Backup Service
- Founded and ran the company.
- Invented the concept of remote backup.
- Set up a remote backup system with a central file server and communication lines including ISDN.
- Wrote remote backup software for DOS, Windows, and OS/2 including a GUI, a backup scheduler and file compression, encryption, and communication routines.

5/1997 - 6/1997: Quickturn Design Systems

3/1995 - 7/1995

1/1994 - 2/1994

5/1993 - 6/1993
- Designed custom memory boards for emulation of a supercomputer.

7/1993 - 3/1994: Adaptive Video
- Managed a team designing DSP-based medical imaging boards.

1/1993 - 3/1993: Wireless Access
- Supervised the design of an FPGA-based prototype for a telecommunications encoding and decoding scheme.

5/1993 - 8/1993: IKOS Systems

8/1992 - 2/1993

3/1988 - 8/1989
- Designed a high speed SBUS to MXIbus interface and a high-speed controller for a parallel processor.
- Architected, designed, and wrote diagnostic software for a RISC-based controller for a simulation accelerator.

12/1990 - 8/1991: RICOH Corporation
- Led a team that designed four RISC-based controllers for laser printers, scanners, faxes, and copiers.

9/1989 - 11/1990: DAVID Systems
- Designed network interface boards for 10BaseT, 10Base2, and FOIRL.
- Led an international team that tested an AMI encoding scheme and designed an ASIC for a digital phone set.

Luo Decl. Ex. J

6/1991 - 9/1991: STEP Engineering
- Reviewed and optimized RISC hardware and software.

10/1987 - 10/1988: Stanford University
- Led a team of graduate students under Professor Mike Flynn in the design and testing of a neural network memory.

1/1986 - 3/1988: Telestream Corporation
- Developed an architecture model for a telecom parallel processor system.
- Modeled, simulated, and tested a proprietary bus.
- Designed a telecom processing element ASIC.
- Designed a telecom system backplane.

9/1985 - 12/1985: American Supercomputers
- Designed a data cache and the register section logic for a CRAY compatible supercomputer.
- Assisted with the implementation of a behavioral simulator.

1/1985 - 8/1985: ROLM Corporation
- Simulated, debugged, and tested cache and memory control ASICs for a minicomputer.
- Microcoded the character string instructions.

4/1983 - 12/1985: Signetics Corporation
- Project leader for a CMOS DMA Interface chip (68431).
- Simulated a TTL VME bus controller chip (68172).
- Redesigned and simulated an oxide isolated ISL Enhanced Video Attribute Controller chip (2675T).
- Simulated a TTL Disk Phase Locked Loop chip (68459).
- Created a standard procedure for developing ASICs.

**LEGAL CONSULTING, EXPERT WITNESS:**

8/2006 – 8/2007: Wilson Sonsini representing Adept in AdTech RFID v. Adept Identification Technologies
- Case was settled.
- Trade secret theft case involving RFID software.
- Compared source code using CodeMatch.
- Wrote an expert report.

5/2007 – 6/2007: Law Offices of Brian S. Steinberger representing Third Party Verification in Third Party Verification v. SignatureLink
- Case was settled.
- Copyright infringement case involving web-based signature capture software.
- Compared source code using CodeMatch.
- Wrote an expert report.

4/2007 - present: Zito tlp representing Kernius & Frise in Kernius & Frise v. International Electronics
- Patent infringement case involving modems and call waiting.
- Wrote an expert report.
- Testified at deposition.

2/2007 - present: Zito tlp representing Quantum Research Group in Quantum Research Group v. Apple, Cypress, Fingerworks
- Patent infringement case involving capacitive sensing devices.
- Assisted with claim construction.
- Wrote an expert report.
- Testified at deposition.

– 3 –

6/2006 - 2/2007: Timothy McGonigle representing MedInformatix in Medinformatix v. AcerMed
- Case was decided at arbitration.
- Software trade secret case involving electronic medical records software.
- Assisted with determination of trade secrets.
- Compared source code using CodeMatch.
- Wrote declarations.
- Testified at deposition.

5/2006 - 11/2006: Orrick Herrington representing netPickle in Iconix v. netPickle, et al.
- Case was settled.
- Copyright infringement case involving web-based presentation software.
- Compared source code using CodeMatch.
- Wrote a declaration.
- Wrote an expert report.
- Testified at a deposition.

4/2006 - 10/2006: Susman Godfrey representing Forgent in Forgent v. Microsoft et al.
- Case was settled.
- Patent infringement case involving JPEG encoding of pictures in files.
- Reverse engineered video equipment.

2/2006 - present: Kilpatrick Stockton representing Rasterex Holdings in Rasterex Holdings v. Research in Motion
- Copyright infringement case involving mobile document translation and storage software.
- Compared source code using CodeMatch.
- Wrote an expert report.
- Testified at deposition.

2/2006 - 9/2006: Timothy McGonigle representing MedInformatix in Medinformatix v. Camtronics Medical Systems
- Case was settled.
- Trade secret theft case involving electronic medical records software.
- Assisted with determination of trade secrets.
- Wrote declarations.

8/2005 - present: Michael Best representing Moneygram in Moneygram v. EPS
- Copyright infringement case involving ACH financial software.
- Compared source code using CodeMatch.

8/2005 - 8/2006: Wilson Sonsini representing Specular in Silvaco v. Specular
- Case was settled.
- Trade secret case involving EDA software.
- Compared source code using CodeMatch.

4/2005 – 3/2007: Lewis & Roca representing POST Integration in Nelcela v. POST/Ebocom
- Copyright infringement involving credit card processing software.
- Compared source code using CodeMatch.
- Wrote an expert report.
- Testified at a deposition.

4/2005: Wilson Sonsini representing Lev in Brod v. Lev
- Case was dismissed.
- Copyright infringement case involving Internet acceleration software.
- Compared software source code using CodeMatch.

3/2005 - 12/2005: McKool Smith representing AVG in AVG v. Sony, Microsoft, Nintendo, et al.
- Case was settled.
- Patent infringement case involving 3D graphics software algorithms.
- Examined source code for over 50 video games.
- Wrote claim charts for each video game.

3/2005 - 12/2005: McKool Smith representing AVG in AVG v. Hewlett Packard, Intel, et al.
- Case was settled.
- Patent infringement case involving 3D graphics hardware algorithms.
- Examined graphic chips.

9/2006 – 12/2006: Sommers and Schwartz representing Creative Science Systems in Creative Science Systems v. Forex Capital Markets
8/2004 – 9/2006: Baker & McKenzie representing Creative Science Systems in Creative Science Systems v. Forex Capital Markets
- Case was settled.
- Copyright infringement involving web-based financial software.
- Compared source code using CodeMatch.
- Compared software object code.
- Wrote a declaration.
- Wrote an expert report
- Testified at a deposition.

8/2004 - 3/2005: Faegre & Benson representing Compellent in XIOtech v. Compellent
- Case was settled.
- Trade secret theft involving storage area network (SAN) software.
- Compared source code for CodeMatch.
- Compared features and researched prior art for storage area network (SAN) software.
- Wrote an expert report.

7/2004 - 2/2005: Wilson Sonsini and Hogan & Hartson representing MediaTek in Oak Technology and Zoran v. MediaTek
- Case was settled.
- Patent infringement involving CD-ROM/DVD controller hardware.
- Examined VHDL for two CD-ROM/DVD controller chips to determine their architectures and implementations.
- Wrote an expert report and created exhibits for trial.
- Testified at deposition and at trial.

4/2004 - 11/2004: Kirkland & Ellis representing Agere in Agere v. Intersil
- Case was settled.
- Copyright infringement and contract dispute involving WLAN chips.
- Compared firmware source code using CodeMatch.
- Examined Verilog and VHDL source code.
- Wrote an expert report and rebuttal to opposition expert report.

4/2003 - 5/2003: Drinker Biddle & Reath representing Hewlett Packard in Alvis v. Hewlett-Packard Company
- Class action suit involving reliability of floppy disk drives and software patches.
- Wrote an expert report.
- Testified at deposition.

4/2003 - 5/2003: MacPherson Kwok representing MediaTek
- Clean room code development.

- 5 -

- Reviewed source code and compared different source code routines for similarities.

3/2003 - 5/2003: Jones, Day representing Research In Motion in Research In Motion v. Good Technology
- Case was settled.
- Patent infringement case involving handheld wireless devices and supporting software.
- Analyzed software source code.
- Assisted with deposition of opposing expert.
- Wrote claim charts.

8/2001 - 9/2001: Howrey Simon representing Intel in Intel v. VIA
- Case was settled.
- Patent infringement case involving computer motherboards.
- Examined computer motherboards for patent infringement.

7/2001 - 4/2003: Dewey Ballantine (was Brobeck, Phleger & Harrison) representing Intel in Intel v. VIA
- Cases were settled.
- Patent infringement cases involving CPUs and computer chipsets.
- Assisted with claim construction.
- Wrote test case software in assembly language.
- Examined computer motherboards.
- Analyzed Verilog code of CPUs.
- Wrote several expert reports.
- Wrote several claim charts.

3/2001 - 3/2001: Stone & Hiles representing Gatten Insurance in KRS Distributing v. Gatten Insurance
- Insurance claim.
- Examined a fax machine to retrieve stored documents.

7/1997 - 3/1999: Jones, Day representing Texas Instruments in Texas Instruments v. Hyundai
- Case was settled.
- Patent infringement involving semiconductor wafer handling hardware, software, and communication protocols.
- Reverse engineered hardware and software in order to determine infringement.
- Constructed exhibits.
- Assisted with the writing of expert reports.
- Assisted with the writing of claim charts.

8/1996 - 12/1996: Jones, Day representing Texas Instruments in Texas Instruments v. Samsung
- Case was settled.
- Patent infringement involving semiconductor wafer handling hardware, software, and communication protocols.
- Reverse engineered hardware and software in order to determine infringement.
- Constructed exhibits.
- Assisted with the writing of expert reports.
- Assisted with the writing of claim charts.

2/1996 - 7/1996: Morrison & Foerster representing Cirrus Logic in Cirrus Logic v. NeoMagic
- Case was settled.
- Trade secret case involving semiconductors and LCD display technology.
- Examined validity of trade secrets.
- Reconstructed the history of an internal engineering project.
- Researched prior art.

- 6 -

**HONORS, AWARDS, AND DISTINCTIONS:**

Engineering and Science
- Session's Best Paper Award, The11th World Multi-Conference on Systemics, Cybernetics and Informatics.
- The Number 5 Programmable Logic "How To" article of 2006, Programmable Logic DesignLine newsletter.
- Finalist, Design News magazine 2006 Golden MouseTrap Award: Design and Development Software Tools, for SynthOS.
- Winner, Software Development magazine 2003 Jolt Reader's Choice Award for "Designing with FPGAs and CPLDs."
- Senior Member, IEEE
- Top PLD/FPGA News and Feature Article for 2003, CMP Media
- Winner, Wyle/EETimes American By Design Contest
- Stanford Graduate Engineering Fellowship
- Eta Kappa Nu (Electrical Engineering honor society)
- Association for Educational Data Systems Honorable Mention
- Bausch & Lomb Honorary Science Award

Writing and Filmmaking
- Semifinalist, 2004 Cinequest Screenwriting Competition, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."
- Second Place, 2002 Autumn Moon Productions Screenplay Awards, for the screenplay "Horror Flick."
- Third Place, 2002 Autumn Moon Productions Screenplay Awards, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."
- First Place, 2001 Focus on Writers Contest, for the screenplay "Horror Flick."
- Special Mention Winner, 2001 Screenwriting Showcase Awards, for the screenplay "Horror Flick."
- Honorary Mention, 2002 Autumn Moon Productions Screenplay Awards, for the screenplay "Sex and Violence."
- Finalist, 2001 Empyrion Screenplay Competition, for the screenplay "Sex and Violence."
- Finalist, 2001 New Century Writer Awards, for the screenplay "Horror Flick."
- Top Ten Finalist, 2001 Tennessee Screenwriting Association Competition, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."
- Top Finalist, BDR 2000 Productions New Millennium Screenplay 2001 Contest, for the screenplay "Horror Flick."
- Certificate of Merit, 2002 International Screenplay Competition, for the screenplay "Horror Flick."
- Certificate of Merit, 2002 International Screenplay Competition, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."
- Certificate of Merit, 2002 International Screenplay Competition, for the screenplay "Sex and Violence."
- Semifinalist, 2001 WordsFromHere Contest, for the screenplay "Horror Flick."
- Semifinalist, 2001 Venice Arts Screenwriting Competition, for the screenplay "Horror Flick."
- Semifinalist, 2001 National Screenwriting Competition, for the screenplay "Horror Flick."
- Semifinalist, 2001 National Screenwriting Competition, for the screenplay "Sex and Violence."
- Quarterfinalist, 2001 Fade In: Screenwriting Awards, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."
- Quarterfinalist, Texas Film Institute 2001 Screenplay Competition, for the screenplay "Horror Flick."
- Certificate of Merit, Writer's Digest 2000 National Self-Published Book Awards, for the novel "Horror Flick."
- Semifinalist, 2000 poetry.com North American Open Poetry Contest, for the poem "I Remember."
- Quarterfinalist, 1999 New Century Writer Awards, for the novel "Horror Flick."
- Quarterfinalist, 1999 New Century Writer Awards, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."
- Third Place, 1998 Magnum Opus Discovery Awards of the C.C.S. Entertainment Group and the Hollywood Film Festival, for the novel "Horror Flick."

- 7 -

- Quarterfinalist, 1998 Empire Screenplay Contest, for the screenplay "Sex and Violence."
- A reading of my screenplay "Sex and Violence" was performed by the Independent Media Artists Group (IMAGE), on August 15th, 1998.
- Semifinalist, 1997 Monterey County Film Contest, for the screenplay "Sex and Violence."
- First Place, 1993 Foster City Annual Writer's Contest, for unpublished short story "The Contest."
- Semifinalist, 1993 national Syndicated Fiction Project, for unpublished short story "The Contest."
- First Place, 1990 Foster City Annual Writer's Contest, for unpublished short story "The Lost and Found Virginity."
- 1989 Philadelphia International Film Festival showing of the short film "Writer's Block."
- First Place, 1988 Fremont Film Festival, for the short film "February 20, 1988."

Miscellaneous
- United Synagogue Award for Excellence
- Biography in Who's Who in America
- University Unions Distinguished Service Award
- Phi Beta Kappa
- Ivy League Honor Society
- Alpha Lambda Delta honor society
- Dual Degree Program, Cornell University
- National Merit Scholarship
- Literary Society Foundation Award Gold Medal, Excellence in German
- Literary Society Foundation Award Bronze Medal, Excellence in German
- Rumsey Scholarship, Cornell Club of Philadelphia
- City of Philadelphia Scholarship
- School District of Philadelphia Scholarship
- Fourth Prize, Colonial Philadelphia Historical Society Essay Contest
- Founder, Delaware Valley Teen Mensa

**SPECIAL KNOWLEDGE AND SKILLS:**
- Software source code analysis and synthesis
- Computer architectures: AMD 29000, CRAY XMP, Data General MV8000, IBM PC, IDT R4650, Intel 8051, Intel x86 family, Motorola 68000, 68HC11, 68HC08, 68HC05, TI TMS320Cxx, TMS340xx
- Networking protocols: ATM, Ethernet
- Buses: ADB, EISA I²C, ISA, MXI, PCI, SBUS, VME
- Hardware programming languages: ABEL, AHDL, CUPL, PALASM, Verilog, VHDL
- Software programming languages: APL, BASIC, C, C++, Delphi, FOCAL, FORTRAN, Java, LISP, Pascal, Perl, PHP, PL/1, PowerBuilder, SQL, Visual BASIC, various assembly, machine languages
- Operating systems: AOS/VS, MSDOS, UNIX, VMS, Windows 3.1/NT/9x/2000/XP/Vista
- Workstations: Apple Macintosh, Daisy, IBM PC, Hewlett Packard, SUN, VALID
- Electronic Design Automation (EDA)
- CAD tools: Concept, Futurenet, MAX+Plus II (Altera), MDE (LSI Logic), Mentor, Orcad, PROCapture, P-CAD, Schema, Viewlogic, XACT (Xilinx)
- Simulation accelerators: Mentor Graphics, Cadence Design Systems
- Hardware emulators: Mentor Graphics, Cadence Design Systems
- ASIC design
- FPGA and CPLD design: Actel, Altera, Lattice, Xilinx
- Miscellaneous design experience: Cache memory, telecommunications, data communications, digital signal processing (DSP), digital logic (CMOS, ECL, TTL), analog
- Patent infringement
- Trade secret theft
- Copyright infringement
- Plagiarism detection

– 8 –

Luo Decl. Ex. J

- Solid state theory
- Information theory

**EDUCATION:**

Master of Science in Electrical Engineering, 1982, Stanford University

Bachelor of Science with distinction in Electrical Engineering, 1981, Cornell University

Bachelor of Arts cum laude in Physics and with distinction in all subjects, 1981, Cornell University

**BOOKS:**

1. Zeidman, Bob, *Designing with FPGAs and CPLDs*, CMP Books, Lawrence, KS, 2002, 220pp.

2. Zeidman, Bob, *Introduction to Verilog*, IEEE Press, Piscataway, NJ, 2000, 99pp.

3. Zeidman, Bob, *Verilog Designer's Library*, Prentice-Hall, Upper Saddle River, NJ, 1999, 411pp.

4. Zeidman, Bob, *Horror Flick*, Zeidman Consulting, Cupertino, CA, 1999, 210pp.

5. Zeidman, Bob, *The Amazing Adventure of Edward and Dr. Sprechtmachen*, Zeidman Consulting, Cupertino, CA, 1998, 52pp.

**PAPERS AND PRESENTATIONS:**

1. Hoehn Timothy and Zeidman, Bob, "Grid-Enabling Resource Intensive Applications," Dr. Dobb's Journal, November 2007, pp 22-28.

2. Zeidman, Bob, "Iterative Filtering of Retrieved Information to Increase Relevance," The 11th World Multi-Conference on Systemics, Cybernetics and Informatics, July 11, 2007.

3. Zeidman, Bob, "Who Stole My Software?" High Technology Crime Investigation Association, May 10, 2007.

4. Zeidman, Bob, "How to choose an RTOS for your FPGA and ASIC designs," PLDesignLine.com, May 10, 2007.

5. Zeidman, Bob, "Sharing Videos With Invisible Commercials," The Thirty Third Asilomar Microcomputer Workshop, April 18, 2007.

6. Zeidman, Bob, "Real Time Operating Systems for Systems on a Chip," IEEE Consultants Network of Silicon Valley, April 17, 2007.

7. Zeidman, Bob, "What, Exactly, Is Software Plagiarism?" Intellectual Property Today, February, 2007.

8. Zeidman, Bob, "Software Synthesis for Embedded Systems," Silicon Valley Code Camp, October 8, 2006.

9. Zeidman, Bob, "Who Stole My Code," Silicon Valley Code Camp, October 8, 2006.

10. Zeidman, Bob, "Software Source Code Correlation," 5th IEEE/ACIS International Conference on Computer and Information Science, July 12, 2006.

11. Zeidman, Bob, "The Death of the Structured ASIC," Chip Design, April/May, 2006 (reprint).

12. Zeidman, Bob, "The Death of the Structured ASIC," PLDesignLine.com, April 18, 2006.

13. Zeidman, Bob, "All about FPGAs," PLDesignLine.com, March 22, 2006.

14. Zeidman, Bob, "Using software synthesis for multiprocessor OS and software development," Embedded.com, January 6, 2006.

15. Zeidman, Bob, "Back to the basics: Programmable Systems on a Chip," Embedded.com, July 27, 2005.

16. Zeidman, Bob, "RTOS Synthesis for Embedded Systems," Server Blade Summit, March 24, 2005.

– 9 –

Luo Decl. Ex. J

17. Zeidman, Bob, "Software Synthesis for OS-Independent Coding," Dr. Dobb's Journal, April 2005, pp 58-63.

18. Zeidman, Bob, "RTOS Synthesis to Reduce Power Consumption," DesignCon 2005, February 1, 2005.

19. Zeidman, Bob, "Software synthesis for embedded systems," Embedded Systems Programming, February 2005, pp 36-43.

20. Zeidman, Bob, "Testing a Network Device Prototype in a Live Network," Annual Review of Communications Volume 4, 2004, p.803 (reprint).

21. Zeidman, Bob, "Roll Your Own Real-Time OS," BladeLetter, Q3 2004, p. 8.

22. Zeidman, Bob, "Detecting Source-Code Plagiarism," Developer 2.0, September 2004 (reprint).

23. Zeidman, Bob, "Detecting Source-Code Plagiarism," Dr. Dobb's Journal, July 2004, pp 55-60.

24. Zeidman, Bob, "Software Synthesis for Embedded Systems," The Thirtieth Asilomar Microcomputer Workshop, April 27, 2004.

25. Zeidman, Bob, "Smart Pills: The Royal Treatment," IP Law & Business, March 2004.

26. Zeidman, Bob, "Emulating/Prototyping a Network Device in a Live Network," DesignCon 2004, February 3, 2004.

27. Zeidman, Bob, "Software synthesis is productive for system design," EE Times (online), January 12, 2004.

28. Zeidman, Bob, "Guidelines for Effective E-Learning," Chief Learning Officer, December, 2003, pp. 24-31.

29. Zeidman, Bob, "Universal Design Methodology," Embedded Systems Programming, December, 2003, pp 55-56.

30. Zeidman, Bob, "Testing a network device in a live network," EE Times, October 20, 2003, p.92 (reprint).

31. Zeidman, Bob, "Test Your Next Hardware Design—in a Live Network," Communication Systems Design, October 2003, p.18.

32. Zeidman, Bob, "Platform FPGAs to Prevail," Embedded Systems Programming, November, 2003, pp.28-31.

33. Zeidman, Bob, "The Universal Design Methodology -- taking hardware from conception through production," EDN, December 26, 2002, p53.

34. Zeidman, Bob, "FPGAs vs. ASICs for Networking," Network Processor Conference West, October 2002, 11pp.

35. Zeidman, Bob, "How to Start A Consulting Business," Embedded Systems Programming, December 2000, pp161-163.

36. Zeidman, Bob, "An Introduction to Remote Backup," Disaster Recovery Journal, Vol. 9 No. 2, April/May/June 1996, p48.

37. Zeidman, Bob, "Testing System Memory Quickly and Efficiently," Design SuperCon 96 conference, February 1, 1996, 14pp.

38. Zeidman, Bob, "Remote Backup - Transmitting Critical Data Over Phone Lines for Offsite Storage," JAMCON '95 Communications Conference, August 20, 1995, pp97-99.

39. Zeidman, Bob, "Testing Memory Quickly," Embedded Systems Programming, Aug 1995, pp68-75

40. Zeidman, Bob, "Read-Ahead Logic: An Alternative to Cache," Design SuperCon 95 conference, March 1, 1995, 6pp.

41. Zeidman, Bob, "How to Make Money as a Consultant," Income Opportunities, Dec 1993, pp48-62

42. Zeidman, Bob, "Interleaving DRAMs for Faster Access," ASIC & EDA, November 1993, pp24-34.

Luo Decl. Ex. J

43. Zeidman, Bob, "Starting Up Your Engineering Consulting Business," High Technology Careers, April/May 1993, p24.

44. Zeidman, Bob, "New Film Software for Independent Producers," CUE, September 1992, pp6-7.

45. Hafeman, Dan and Zeidman, Bob, "Memory Architectures Compound RISC's Gains," Electronic Design, July 11, 1991, pp71-82.

46. Flynn, M. J., Zeidman, R. and Lochner, E., "Sparse Distributed Memory Prototype: Address Module Hardware Guide," Stanford University Computer Systems Laboratory CSL-TR-88-373, December 1988 72pp.

47. Flynn, M. J., Kanerva, P., Ahanin, B., Bhadkamkar, N., Flaherty, P., Hickey, P., Lochner, E., Webber, K., and Zeidman, R., "Sparse Distributed Memory Prototype: Principles of Operation," Stanford University Computer Systems Laboratory CSL-TR-88-338, December 1988 96pp.

**PATENTS:**

I have written and filed the following patents with the US Patent and Trademark Office:

1. Zeidman, Robert M., "Visual tool for developing real time task management code," U.S. Patent 6,934,947.

2. Zeidman, Robert M., "Method for connecting a hardware emulator to a network," U.S. Patent 7,050,962.

3. Zeidman, Robert M., Hafeman, Daniel R., Barr, Michael, "Method and apparatus for synthesizing a hardware system from a software description," U.S. Patent 7,210,116.

4. Zeidman, Robert M., "Apparatus and method for connecting hardware to a circuit simulation," USPTO application number 10/158,648 (U.S. Patent 7,266,490).

5. Zeidman, Robert M., "Method for advertisers to sponsor broadcasts without commercials," USPTO application number 09/767,819 (pending).

6. Zeidman, Robert M., "Apparatus for providing history data to sellers about Internet auctions and marketplaces," USPTO application number 09/972,264 (pending).

7. Zeidman, Robert M., "Apparatus and method for connecting a hardware emulator to a computer peripheral," USPTO application number 10/158,772 (pending).

8. Zeidman, Robert M., Hafeman, Daniel R., "Method and apparatus for emulating a hardware/software system using a computer," USPTO application number 10/249,938 (pending).

9. Zeidman, Robert M., "Software tool for synthesizing a real-time operating system," USPTO application number 10/688,573 (pending).

10. Zeidman, Robert M., "Software tool for detecting plagiarism in computer source code," USPTO application number 10/720,636 (pending).

11. Zeidman, Robert M. and Barr, Michael, "Software tool for automatically protecting shared resources within software source code," USPTO applications number 11/052,426 (pending).

12. Zeidman, Robert M., "Method for companies to conduct transactions during media broadcasts," USPTO application number 11/160,815 (pending).

13. Zeidman, Robert M. and Snider, Gregory, "Using Readily Available Driver And Application Source Code With A Synthesized Operating System," USPTO application number 11/411,738 (pending).

14. Zeidman, Robert M., "Method For Providing History Data To Sellers About Internet Auctions And Marketplaces," USPTO application number 11/408,490 (pending).

15. Zeidman, Robert, "Software For Filtering The Results Of A Software Source Code Comparison" USPTO application number 11/467,155 (pending).

16. Zeidman, Robert M., "System and method for connecting a logic circuit simulation to a network," USPTO application number 11/557,053 (pending).

Luo Decl. Ex. J

17. Zeidman, Robert M., "Apparatus and method for connecting a hardware emulator to a computer peripheral," USPTO application number 11/557,057 (pending).

18. Zeidman, Robert M., "Apparatus and method for connecting hardware to a circuit simulation," USPTO application number 11/557,064 (pending).

19. Zeidman, Robert M., Hafeman, Daniel R., Barr, Michael, "Method and apparatus for synthesizing a hardware system from a software description," USPTO application number 11/683,672 (pending).

## TRAINING/TEACHING EXPERIENCE:

I have presented the following courses at conferences and companies throughout the world.

1. ASIC Design

2. CPLD Design

3. Electrical Engineering for non-EEs

4. FPGA Design

5. Investigating Technology Theft: Using CodeSuite

6. Programmable Systems on a Chip

7. Real-Time Operating Systems for SOCs

8. Starting a Consulting Business

9. Technical Consultants for IP Litigation

10. Universal Design Methodology

11. Verilog and HDLs


References available upon request.

Luo Decl. Ex. J

## *Nikolaus Baer*



15565 Swiss Creek Lane
Cupertino, Ca 95014
Tel (805) 451-7032
Email Nik@ZeidmanConsulting.com
Website www.ZeidmanConsulting.com

## EDUCATION:

B.S. Computer Engineering (High Honors), UC Santa Barbara 2004
Technology Entrepreneurship Certificate

## EXPERIENCE:

**Consultant/Research Engineer**                    **Zeidman Consulting**
*AUG 2006 – Present*                               *Cupertino, CA*
- Ran CodeSuite® and analyzed results for a software trade secret litigation
- Wrote an expert report for a software trade secret litigation
- Performed research on a patent
- Wrote claim charts for patent infringement analysis

**Firmware Developer**                              **Theranos, Inc.**
*AUG 2006 – FEB 2008*                              *Menlo Park, CA*
- Performing product development, including prototype design, implementation, and testing in pre-clinical settings on a multiprocessor system with Java J2ME in the communication environment and real-time C in the device control environment

**Member of Technical Staff**                       **Zeidman Technologies**
*MAR 2006 – AUG 2006*                              *San Jose, CA*
- Developed multifaceted GUI in VB for Ethernet networking emulation software
- Upgraded complex multi-threaded DLL in VC
- Designed and built large data post processing methodology
- Researched and developed data passing algorithms between multi-threaded VC and VB
- Documented source code, and updated help files in RoboHelp

**Software Developer**                              **Nascent Systems Technology**
*JAN 2005 – MAR 2006*                              *Monterey, CA*
- Port large software application onto small mobile devices using MS Visual C++, eVC++ and Windows API with RS232, Bluetooth, WLAN and USB communication
- Recruit, hire and manage software consultants to reduce development time and increase profit
- Built and maintain marketing website using HTML and JavaScript with Flash Demo
- Write, edit and publish complex applications' demonstrations and tutorials using Microsoft Office

1

Luo Decl. Ex. J

- Developed search solution in Java for making extensive documentation user-friendly which reduced a month long documentation job to a few hours

**Project Engineer/Programmer**                          **Vareda Engineering**
*APR 2003 – JAN 2005*                                    *Santa Barbara, CA*
*(part-time while in college, full-time after graduation)*
Designed and built specialized testing and research equipment taking advantage of Orcad, PADS, LabView, C-Compilers and Assembly Coding for embedded circuits, Flash, Eagle, C, C++ and Java
- Built embedded circuits and matching custom drivers for PC control and setup
- My ability to quickly learn and utilize new skills was indispensable as part of a small consulting team
- Presented to customers and negotiated to tailor end products to customer needs
- Tested, debugged and troubleshot systems
- Supervised aspects of products embedded programming
- Wrote and edited portions of business proposals

**Product Development Manager**                          **Organic Photometrics**
*Summer 2002 (while attending college)*                  *Santa Barbara, CA*
- Led the development of new commercial testing equipment addressing the unique needs of organic LED developers
- Put together drivers for light spectrum/strength meters and power supply
- Integrated complex hardware sensors into a user-friendly aesthetically minded interface program by quickly learning and then utilizing the LabView environment

## LEGAL CONSULTING/EXPERT WITNESS:

**Wilson Sonsini representing Adept in AdTech RFID v. Adept Identification Technologies**
*AUG 2006 – AUG 2007*
- Case was settled
- Trade secret theft case involving RFID software
- Ran CodeSuite®, analyzed results, assisted with writing expert report

## AWARDS & MEMBERSHIP
- First Place ($10,000) Start Cup 2004 (Business Plan Competition)
- Assistant Secretary of Alumni Association: Northern California Scholarship Foundation
- UCSB's Regents Scholarship, Chancellors Award, Honors, Dean's Honors
- Toastmasters International
- Tau Beta Pi: Engineering Honor Society.

## TECHNICAL SKILLS:
- Adobe Photoshop
- Assembly Language
- Bluetooth

2

Luo Decl. Ex. J

- C
- C++
- Circuit Manufacturing
- CodeSuite
- Embedded Circuit Design
- Embedded Programming
- Ethernet
- Flash
- Graphical User Interface (GUI)
- HTML
- Java
- Java Networking
- JavaScript
- LabView
- Microsoft Office
- Orcad
- PADS
- Peripheral Drivers
- Product Testing
- Python
- RoboHelp
- Sockets
- SQL Database
- TortoiseSVN
- Visual Basic (VB)
- Visual C++
- Windows
- WLAN

## PROFESSIONAL SKILLS:

- Budgeting
- Business Proposals
- Customer Support
- Employee Management
- Project Management
- Technical Writing

3

Luo Decl. Ex. J