# MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

**To:**

| NAME: | FACSIMILE: | TELEPHONE: |
|---|---|---|
| **Gregg A. Rubenstein**<br>**Nixon Peabody LLP** | **617-345-1300** | 617-345-6184 |

**FROM:**  Katie Nolan-Stevaux    **DATE:**    March 26, 2008

| Number of pages<br>with cover page: | **3** | |
|---|---|---|

Preparer of this slip has confirmed that facsimile number given is correct: **123/KXN5**

**Comments:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To ensure compliance with requirements imposed by the United States Internal Revenue Service, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this facsimile (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CAUTION - CONFIDENTIAL

This facsimile contains confidential information that may also be privileged. Unless you are the addressee (or authorized to receive for the addressee); you may not copy, use, or distribute it. If you have received it in error, please advise Morrison & Foerster LLP immediately by telephone or facsimile and return it promptly by mail.

Luo Decl. Ex. K

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

Writer's Direct Contact
650.813.5822
KNolanStevaux@mofo.com

March 26, 2008

*Via Facsimile and Email*

Gregg A. Rubenstein, Esq.
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

Re:    *Optovue v. Carl Zeiss Meditec*

Dear Gregg,

There are several outstanding matters that need to be resolved before depositions can proceed next week.

First, we have reviewed the source code provided by CZM last week and are discouraged to see that you have produced over 300,000 lines of code, all of which CZM claims to be its trade secrets at issue in this case. This is unreasonable and Optovue cannot possibly be expected to sift through this mass of material and guess at the concepts and/or code CZM claims to have been misappropriated. For example, in its counterclaim, CZM alleges that "the text strings within the executables of [the "Captured_ACOCT.avi"] application . . . contain significant overlaps of code." Par. 41. If this is the case, CZM should be able to identify which particular strings of executables are allegedly overlapping and which portions of the body of code produced to us is relevant. Please do so immediately and also please provide more specific direction within the source code produced as to where the additional alleged trade secrets (if any) are embodied.

Second, because CZM's trade secret disclosure is still so vague, it is unclear to us whether CZM is impermissibly attempting to broaden the scope of its misappropriation claim. For example, CZM now claims that "[a]ll of the software files and data that Yonghau Zhou [sic] developed, assisted in developing or had access to while he was employed at CZMI. . . ." (*see* your March 10 letter), when the pleadings only fairly limit misappropriation to the "Captured_ACOCT.avi" application. If your March 10 statement and/or the information provided with it expand CZM's claims in any way beyond what was articulated in CZM's complaint and its supplemental responses to Optovue's First Set of Interrogatories, or if it alters, amends or provides further clarification about the scope of CZM's claims, CZM must immediately supplement its responses to reflect this.

pa-1244249

**Luo Decl. Ex. K**

Third, while CZM has produced excerpts from the lab notebooks for Messrs. Wei and Zhou as its "trade secrets," it has not produced the entire notebooks, which are necessary to understand the context of those alleged trade secrets. Please produce these immediately as this information is responsive to at least Request for Production Nos. 10 and 11.

Fourth, several weeks ago, we requested that CZM produce in native format the emails at CZMI 0000015-19. We have yet to receive these and the documents are essentially illegible in their current form. Please produce them immediately or we will not allow you to discuss these documents or their contents with our witnesses during deposition.

Given that Mr. Wei's deposition is scheduled for next week, we expect CZM will provide the requested information by this Friday. If CZM is not able to do that, Optovue reserves its right to reschedule Mr. Wei's deposition (I understand we have not yet scheduled Mr. Zhou's) until CZM can better identify the scope of its claims.

I have also just received your letter dated today regarding Optovue's source code. I will look into which version was produced, I believe it was the one requested, and will let you know shortly.

Very truly yours,

Katherine Nolan-Stevaux

MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

To:

| NAME: | FACSIMILE: | TELEPHONE: |
|---|---|---|
| Gregg A. Rubenstein Nixon Peabody LLP | 617-345-1300 | 617-345-6184 |

FROM:    Katie Nolan-Stevaux    DATE:    March 26, 2008

| Number of pages with cover page: | 3 | |
|---|---|---|

Preparer of this slip has confirmed that facsimile number given is correct: **123/KXN5**

Comments:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To ensure compliance with requirements imposed by the United States Internal Revenue Service, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this facsimile (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CAUTION - CONFIDENTIAL**

This facsimile contains confidential information that may also be privileged. Unless you are the addressee (or authorized to receive for the addressee); you may not copy, use, or distribute it. If you have received it in error, please advise Morrison & Foerster LLP immediately by telephone or facsimile and return it promptly by mail.

```
          ┌─────────────────────────────────────────┐
          │        TX  RESULT  REPORT               │
          └─────────────────────────────────────────┘
```

NAME :
TEL  :
DATE :MAR.26.2008 17:35

| SESSION | FUNCTION | NO. | DESTINATION STATION | DATE | TIME | PAGE | DURATION | MODE | RESULT |
|---|---|---|---|---|---|---|---|---|---|
| 0440 | TX | 001 | 916173451300 | MAR.26 | 17:34 | 003 | 00h00min39s | ECM | OK |

Luo Decl. Ex. K