# NIXON PEABODY

One Embarcadero Center
18th Floor
San Francisco, California 94111-3600
(415) 984-8200
Fax: (415) 984-8300

Erin M. Adrian
Direct Dial: (415) 984-8231
E-Mail: eadrian@nixonpeabody.com

**RECEIVED**

MAR 3 1 2008

MORRISON & FOERSTER, LLP

March 31, 2008

**VIA MESSENGER**

Katherine Nolan-Stevaux
Morrison Forester
755 Page Mill Road
Palo Alto, CA 94304-1018

Re:   Optovue v. Carl Zeiss Meditec
      United States District Court, N.D. Cal., CA, No. 07-03010 CW

Dear Ms. Nolan-Stevaux:

In accordance with Gregg Rubenstein's letter of March 28, 2008, in which he agreed to provide a preliminary designation of source code identified to date that we believe has been misappropriated, please find enclosed documents Bates numbered CZMI 000292-313. We reserve the right to designate additional source code that may also infringe as such is discovered in the course of our investigation.

Please be advised that the enclosed documents are designated Highly Confidential – Attorneys' Eyes Only – Source Code.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,
NIXON PEABODY LLP

Erin M. Adrian

10963665.1

Luo Decl. Ex. L

Katherine Nolan-Stevaux
March 31, 2008
Page 2

Cc: Gregg A. Rubenstein
    Donald L. Bartels
    Gregory E. Schopf
    Bruce E. Copeland