# NIXON PEABODY

One Embarcadero Center
18th Floor
San Francisco, California 94111-3600
(415) 984-8200
Fax: (415) 984-8300

Erin M. Adrian
Direct Dial: (415) 984-8231
E-Mail: eadrian@nixonpeabody.com

RECEIVED
APR 10 2008
MORRISON & FOERSTER, LLP

April 10, 2008

**VIA MESSENGER**

Katherine Nolan-Stevaux
Morrison Forester
755 Page Mill Road
Palo Alto, CA 94304-1018

Re: Optovue v. Carl Zeiss Meditec
United States District Court, N.D. Cal., CA, No. 07-03010 CW

Dear Ms. Nolan-Stevaux:

Enclosed please find documents Bates numbered CZMI 000314-342, which constitute an additional designation of source code identified to date that we believe has been misappropriated. We reserve the right to designate additional source code that may also infringe as such is discovered in the course of our investigation.

Please be advised that the enclosed documents are designated Highly Confidential – Attorneys' Eyes Only – Source Code.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,
NIXON PEABODY LLP

Erin M. Adrian

10977519.1

Luo Decl. Ex. M