```
JAMES POOLEY (CA SBN 58041)
SCOTT OLIVER (CA SBN 174824)
DIANA LUO (CA SBN 233712)
KATHERINE NOLAN-STEVAUX (CA SBN 244950)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
JPooley@mofo.com
SOliver@mofo.com
DLuo@mofo.com
KNolanstevaux@mofo.com

Attorneys for Plaintiff
OPTOVUE CORPORATION and
Counterdefendants OPTOVUE CORPORATION,
JAY WEI and YONGHUA ZHAO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTOVUE CORPORATION, a California Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>CARL ZEISS MEDITEC, INC., a New York Corporation,<br><br>              Defendant. | Case No.   C 07-03010 CW<br><br>**PROOF OF SERVICE** |
| CARL ZEISS MEDITEC, INC.,<br><br>              Counterclaimant,<br><br>     v.<br><br>OPTOVUE CORPORATION, INC.; JAY WEI, and individual, and YONGHUA ZHAO, an individual,<br><br>              Counterdefendants. | |

PROOF OF SERVICE
Case No. C 07-03010 Cw
pa-1273729

I am employed in the County of Santa Clara, State of California. I am over the age of 18, and not a party to the within action. My business address is 755 Page Mill Road, Palo Alto, California, 94304.

On July 31, 2008, I caused the service of:

- **EXHIBIT A TO THE DECLARATION OF DIANA LUO IN SUPPORT OF OPTOVUE CORPORATION'S MOTION TO COMPEL LAB NOTEBOOKS AND COMPUTER SOURCE CODE (FILED UNDER SEAL); and**
- **EXHIBIT C TO THE DECLARATION OF DIANA LUO IN SUPPORT OF OPTOVUE CORPORATION'S MOTION TO COMPEL LAB NOTEBOOKS AND COMPUTER SOURCE CODE (FILED UNDER SEAL).**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

> Donald L. Bartels, Esq.
> Bruce E. Copeland, Esq.
> Gregory E. Schopf, Esq.
> Erin M. Adrian, Esq.
> **Nixon Peabody, LLP**
> One Embarcadero Center, 18th Floor
> San Francisco, 94111-3600

**XX BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on July 31, 2008, at Palo Alto, California.

_____
Loraine Lontayao

PROOF OF SERVICE                    2
Case No. C 07-03010 Cw
pa-1273729