| | |
|---|---|
| 1 | JAMES POOLEY (CA SBN 58041) |
|  | SCOTT OLIVER (CA SBN 174824) |
| 2 | DIANA LUO (CA SBN 233712) |
|  | KATHERINE NOLAN-STEVAUX (CA SBN 244950) |
| 3 | MORRISON & FOERSTER LLP |
|  | 755 Page Mill Road |
| 4 | Palo Alto, California  94304-1018 |
|  | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
|  | JPooley@mofo.com |
| 6 | SOliver@mofo.com |
|  | DLuo@mofo.com |
| 7 | KNolanstevaux@mofo.com |
| 8 | Attorneys for Plaintiff |
|  | OPTOVUE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTOVUE CORPORATION, a California Corporation, | Case No.   C 07-03010 CW |
| Plaintiff, | **AMENDED OPTOVUE CORPORATION'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| CARL ZEISS MEDITEC, INC., a New York Corporation, | Date:   September 4, 2008 |
|  | Time:   2:00 p.m. |
|  | Ctrm:   2 – 4th Floor |
| Defendant. | The Honorable Claudia Wilken |
| CARL ZEISS MEDITEC, INC., | |
| Counterclaimant, | |
| v. | |
| OPTOVUE CORPORATION, INC.; JAY WEI, and individual, and YONGHUA ZHAO, an individual, | |
| Counterdefendants. | |

1  Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11, and 79-5(d), Optovue Corporation ("Optovue") hereby requests permission to file Exhibits A and C to the Declaration of Diana Luo in Support of Optovue Corporation's Motion to Compel Lab Notebooks and Computer Source Code ("Luo Decl.") under seal.

Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document may be obtained when it is established that the document in question contains information that is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

Exhibit A to the Luo Decl. consists of excerpts from CZM employee's lab notebooks as well as emails, which Carl Zeiss Meditec, Inc. ("CZM") believes to constitute some of the trade secrets at issue in this case. These documents have been designated under the Protective Order as "Highly Confidential—Attorneys' Eyes Only."

Exhibit C to the Luo Decl. consists of excerpts from Jay Wei's deposition, which CZM may consider to be its trade secret information, as it describes in part the internal workings of CZM. The entire transcript of Mr. Wei's deposition has been designated as "Highly Confidential—Attorneys' Eyes Only."

For the reasons stated above, Optovue respectfully requests that the Court grant its Administrative Request to File Documents Under Seal.

Dated:  August 1, 2008

JAMES POOLEY
SCOTT OLIVER
DIANA LUO
KATHERINE NOLAN-STEVAUX

MORRISON & FOERSTER LLP

By:   /s/ Diana Luo
       DIANA LUO
       DLuo@mofo.com

Attorneys for Plaintiff
OPTOVUE CORPORATION and
Counterdefendants OPTOVUE
CORPORATION, INC.; JAY WEI
and YONGHUA ZHAO

AMENDED OPTOVUE'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 07-03010 CW
pa-1273945

1