IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OPTOVUE CORPORATION,

       Plaintiff,

  v.

CARL ZEISS MEDITEC, INC.,

       Defendant.
_____/

No. C 07-03010 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Carl Zeiss Meditec, Inc.'s Production of Notebooks and Computer Source Code, Administrative Motion to File Documents Under Seal, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing previously set for September 4, 2008, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 8/5/08

                                      CLAUDIA WILKEN
                                      United States District Judge

cc: Wings; Assigned M/J w/mos.