1 | JAMES POOLEY (CA SBN 58041)
2 | SCOTT OLIVER (CA SBN 174824)
    DIANA LUO (CA SBN 233712)
3 | KATHERINE NOLAN-STEVAUX (CA SBN 244950)
    MORRISON & FOERSTER LLP
4 | 755 Page Mill Road
    Palo Alto, California  94304-1018
5 | Telephone: 650.813.5600
    Facsimile: 650.494.0792
6 | JPooley@mofo.com

Attorneys for Plaintiff/Counterdefendants

8 | DONALD L. BARTELS (SB No. 65142)
    BRUCE E. COPELAND (SB No. 124888)
9 | GREGORY E. SCHOPF (SB No. 122862)
    NIXON PEABODY LLP
10 | One Embarcadero Center, 18th Floor
     San Francisco, California 94111-3600
11 | Telephone: (415) 984-8200
     Fax:  (415) 984-8300
12 | dbartels@nixonpeabody.com

Attorneys for Defendant/Counterclaimant

**[ENTIRE LIST OF COUNSEL ON SIGNATURE PAGE.]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTOVUE CORPORATION, | No. C07-03010 CW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| CARL ZEISS MEDITEC, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

STIPULATION OF DISMISSAL WITH PREJUDICE
No. C07-03010 CW

IT IS HEREBY STIPULATED by and between the parties herein, Carl Zeiss Meditec, Inc., Optovue Corporation, Jay Wei, and Yonghua Zhao, by and through their attorneys of record, that this case shall be dismissed in its entirety, with prejudice, and that each party shall be responsible for its own costs and fees incurred in connection with this litigation.

IT IS SO STIPULATED.

Dated: October 2, 2008

Respectfully submitted,

/s/ James Pooley
James Pooley (CA SBN 58041)
L. Scott Oliver (CA SBN 174824)
Diana Luo (CA SBN 233712)
Katherine Nolan-Stevaux (CA SBN 244950)
**Morrison & Foerster LLP**
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone:  650-813-5600
Facsimile:  650-494-0792
jpooley@mofo.com
soliver@mofo.com
dluo@mofo.com
knolanstevaux@mofo.com

Attorneys for Plaintiff OPTOVUE CORPORATION and Counterdefendants OPTOVUE CORPORATION, JAY WEI and YONGHUA ZHAO

Dated: October 2, 2008

Respectfully Submitted,

/s/ Gregory E. Schopf
Donald L. Bartels  (CA SBN 65142)
Bruce E. Copeland  (CA SBN 124888)
Gregory E. Schopf  (CA SBN 122862)
**Nixon Peabody LLP**
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600
Telephone:  415-984-8200
Fax:  415-984-8300
dbartels@nixonpeabody.com
bcopeland@nixonpeabody.com
gschopf@nixonpeabody.com

Gregg A. Rubenstein *(pro hac vice)*
**Nixon Peabody LLP**
100 Summer Street
Boston, Massachusetts 02110
Telephone:  (617) 345-1000
Fax:  (617) 345-1300
grubenstein@nixonpeabody.com

Attorneys for Defendant/Counterclaimant
CARL ZEISS MEDITEC, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/6/08    By: _____
Claudia A. Wilken
United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE
No. C07-03010 CW                                -2-